UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------

Albert E. Percy and Percy Jobs and Careers Corporation an
IRC 501(c)(3) non-profit, as Class Representatives,
                    Class Plaintiff,

-against-                                          COMPLAINT
                                                   CASE No.


P & H Painting Inc; P & K Contracting Inc; P & T Ii Contracting Corp; P And L
Development LLC; P C Rosenberg & Estis Attorney; P E Guerin Inc; P M D
Promotion; P M Pediatrics; P Peugeot Watches; P S Business Management; Pace
University; Pacific Transglobal; Pack America Corp; Paco Group Inc; Pacoa;
Paddle Eight; Padilla Construction Service; Paduano & Weintraub Llp; Paerdegat
Kid Sports & Child; Pagny; Paige Ai; Pain D' Avignon; Paint Tech Painting Inc;
Painting & Decorating B F; Pal Environmental Safety Corporation; Palace
Electrical Contractors; Paladin Consulting-Programming; Palante Electrical
Contractors; Palard Realty Corp; Palatine Industries; Paletot Ltd.; Pall
Aeropower Corporation; Pall Biomedical Inc; Pall Corporation; Pallotta Health
Solution; Palm Tree Center For Nursing And Rehab; Palma Settimi Inc; Pam Air
Conditioning; Panhandle Ironworks LLC; Panoramic Hudson LLC; Panteris &
Panteris Llp; Par Pharmaceutical Companies; Par Plumbing Co.; Paraco Gas
Corporation; Paradigm Services Inc; Paradise Plastics; Paradox Resolution LLC;
Paralegal Support Svc Inc; Parc; Parfums Givenchy Inc; Paris Health Club; Park
Ave International Inc; Park Ave. International Contracting Corporation; Park
Avenue Extended Care; Park Avenue Post Inc; Park Developers & Builders; Park
East Construction Corporation; Park Hudson Intl LLC; Park Pediatrics; Park
Ridge Medical Ctr; Park Slope Day Camp; Park Terrace Care Ctr; Parkchester
Medical; Parker Institute; Parker New York; Parkermeridien; Parkview Care &
Rehab Ctr; Pars International Corp; Parsons Brinckerhoff; Partners Ellenberg;
Partners In Care; Partnership For Nyc; Pat Corsetti Inc.; Pat Fay; Paterno
Asphalt Corp; Path Medical; Pathology & Laboratory Medical; Pathways To
Housing; Patients Medical Pc; Patriot Electric Corp; Patterson Belknap Webb-
Tyler; Patton Eakins Lipsett Martin; Pau/Practice For Architecture & Urbanism;
Paul A Castrucci Architect; Paul Bunyon Tree Care; Paul Dicpinigaitis Md; Paul J.
Scariano Inc.; Paul Labrecque Salon; Paul Michael Marketing Svc; Paul Weiss;
Paul Wilmot Communications; Paws To The Pavement; Pazer & Epstein; Pb
Contracting; Pc Consulting Management Corp; Pc Richard And Son; Pccs; Pci
Homecare Group; Pear Core Solutions; Pearl Cohen Zedek Latzer Brtz; Pearl
Meyer And Partners; Pearland; Pearls Construction LLC; Pearson; Peckar &

Abramson A Pro Corp; Peckham Industries; Peconic Bay Medical Center; Pediatric Hospital; Peduto Construction Corporation; Peepels Mechanical Corp; Pegalis & Erickson; Pegram Enterprises; Pei Architects; Pei Cobb Freed-Partners Archt; Pei Partnership; Pelham Parkway Dialysis Ctr; Pelham Pkwy Nursing Home; Pelli Clarke Pelli Architects; Pen Enterprises; Pena & Kahn; Penguin Random House; Peninsula Counseling Ctr; Peninsula General Nursing Home; Penn Plaza Consultants Group; Penta City Gr. Jv; Pentegra Retirement Services; Pentland Usa; Penton Learning; People Care Inc; Pepsi; Perciballi Industries Inc; Percy Uris Natatorium; Perecman Firm PLLC; Perella Weinberg Partners Lp; Perelson Weiner Llp Certified; Peretz Mirgang & Co Llp; Perfectaire Co Inc; Perfection Drywall Tapers Inc; Perfetto Contracting Company; Perfetto Enterprises Company Inc; Performance Health; Performance Logic Inc; Perkan Concrete Corp; Perkins & Will; Perkins Eastman Architects; Perl & Asch; Perlman And Perlman Esquires; Permadur Ind. Inc.; Permal Group Inc.; Permission Data; Pernod Ricard Usa LLC; Perry Consulting; Person Centered Care Services; Personal Touch; Pesach Tikvah Door Of Hope; Peter F Poon Architects; Peter J Catanzaro Inc; Peter J Kelley & Assoc; Peter Merani Law Office; Peter Pennoyer Architects; Peter Scalamandre & Sons; Petersan Group; Petracca & Sons; Petrie Division; Petrillo Stone Corp; Petrovano & Assoc; Petsky Prunier LLC; Pfizer Inc.; Pg Drywall; Pharmaceutical Media Inc; Phelps Hospital Robotics; Phelps Memorial Hospital; Philip Habib & Assoc; Philip Morris International Inc.; Philip Weintraub; Phillip Nizer Law Firm; Phillips & Assoc; Phillips & Co Pc; Phillips Group; Phillips Krantz & Assoc; Phipps Construction Inc; Physique 57; Pi Capital Partners; Pibly Residential Program Inc; Picciano & Scahill Pc; Picco Construction; Picis; Pico Electronics Inc; Piece Management; Pierre Michel Inc; Pierre Toussaint Family Health; Pillinger Miller Tarallo Lip; Pillori Associates; Pillsbury; Pilobolus; Pinkhasov & Assoc; Pinnacle Commercial Development; Pioneer Landscaping & Asphalt & Paving Inc; Pioneer Underground Inc; Pioneer Windows; Pipe Doctor Plbg Htg & A C Inc; Pippa Inc; Pirelli Tire LLC; Pitney Bowes; Pitta & Giblin Llp; Pivzarotti Ibc; Pixacore; Pixafy Inc; Pizzarotti Ibc; Pizzo Brothers Inc; Pj Mech. Bldg. Services Corp.; Pjs Electric; Pk Interiors Inc; Pl Developments; Planet Data Solutions; Planet Mechanical; Planned Parenthood Federation Of America; Plant Construction LLC; Plasmanet Inc; Plastic Surgery Group; Plastic Works; Platinum Maintenance Services Corporation; Platt Byard Dovell White; Platta Law Firm; Platte Klarsfeld & Levine; Platzer Swergold Karlin Levine; Plaxall Inc; Playbill Inc; Plaza Construction Corp; Plaza Del Castillo Health; Plaza Marine Inc; Plaza Rehab & Nursing Ctr; Pleatco Pure; Pls; Plum Benefits LLC; Plumbers Local #1; Plus Three; Plush; Plymouth Beef Co Inc; Plymouth Chruch; Pm Pediatrics Associates PLLC; Pm Pediatrics; Pms Construction Management; Pmx Agency Inc.; Pmy Construction Corp; Podell Schwartz Schecter; Pohlmann Construction; Polakoff

& Michaelson Pc; Polan Construction; Poler Contracting; Poles Tublin Stratakis-Gnzlz; Polonia Development & Prsrvtn; Polymedco Inc; Pomerantz Llp; Pop2life LLC; Popimpresska Journal; Popper & Co Llp; Pops & Assoc Pc; Population Council Inc; Port Authority Of New York & New Jersey; Port Chester Nursing & Rehab; Port Chester Public Works; Port Crossing LLC; Portigon; Pos Electrical Contractors Inc; Posca Servicenter Inc; Posen Architects LLC; Posillico Civil; Positive Electrical Associates; Positive Workforce Inc; Possible Worlds; Postner & Rubin; Postworks; Potamkin Leasing; Poulos Remodeling Ltd; Powell Electric Manufacturing Co.; Power Concepts LLC; Power Concrete Co Inc; Power Cooling Inc; Power Express; Powergrid Construction Inc.; Powley & Gibson; Poyry Management Consulting; Pqi Technologies Inc; Pr Newswire Association LLC; Practical Energy Partners; Practice Builders Medical Mgmt; Praxis Press; Praxis; Precision Elevator Corp.; Precision Gear Inc; Precision Health Inc; Precision Land Surveys; Precision Stone Inc; Precision Techniques Inc; Precision Window Systems Inc; Predictive Systems Inc; Preferred Dental Care; Preferred Health Partners; Preferred Home Care; Premier Brands Of America Inc; Premier Home Care; Premier Plumbing & Heating; Premier Plumbing & Piping Inc; Premiere Enterprise Co Inc; Premierwest Landscape; Premium Technology; President Container; Presidio; Press Emil; Press Here Publicity; Pressure; Presti & Naegele; Presti And Naegele; Prestige Restoration & Mntnc; Prestige Stone & Pavers Corp; Prestigious Maintenance Inc; Prestone Printing Co Inc; Prfi; Prima Paving Corp.; Primary Care Faculty Assoc; Primary Healthcare Plus; Primary Support Solutions; Primary Wave; Prime Care Of NY Inc; Prime Clerk LLC; Prime Engineering; Prime Home Health Svc LLC; Prime Renovations Inc; Primer Construction; Prince Carpentry Inc; Prince Seating Corp; Principal Builders Solutions; Priority One Jets; Prismatic Development Corp; Pristine Services Inc; Pritchard Industries Incorporated; Private Prep Inc; Pro Con Group Inc; Pro Metal Construction; Pro Repair; Probuildero Corp; Procida Construction Corp; Pro-Con Group; Professional Claims Bureau Inc; Professional Data Systems; Professional Maintenance; Professional Pavers Corp; Professional Touch; Proformance Systems Inc; Prognos; Project Eye Consultants Inc.; Project For Public Spaces Inc; Project Hospitality; Prokast Construction; Promedica Imaging; Promenet Inc; Promo Suite; Promotional Development Inc; Prompt Direct Inc; Property Markets Group (Pmg); Propublica; Proskauer Rose Llp; Pro-Teck LLC; Protective Lining Corp; Protege Partners; Protiviti; Proto Construction Corp; Proton Construction Corp; Prwt Service Inc; Psch Inc; Psi Plumbing Inc; Psychology Today; Psyop Inc; Ptg Construction Corp; Pts Consulting Inc; Public Utilities Maintenance; Publicis Group; Pullman Sst Inc.; Pulvers Pulvers & Thompson Llp; Punch & Jurists Ltd; Purcell Architects; Purchase Day Camp; Pure Aire Mechanical Services Inc.; Pure Insurance; Pure Yoga; Purevoltage Hosting Inc; Purrington Moody Llp; Pvh Corporation; Pypestream LLC; Pyramid

America; Pyramid Floor Covering Inc; Pyrosignal & Suppression Inc; Q Prime Inc; Qbecf; Qed Resources; Qfit; Qsac; Qto House; Quality Circle; Quality Dental Care; Quality Fire Protection Inc; Quality Patterns Inc; Quandrian; Quantilus Inc; Queens Artificial Kidney Ctr; Queens Blvd Extended Care; Queens Center For Progress; Queens Center For Rehab; Queens Community House; Queens County Neuropsychiatric; Queens Hospital Center; Queens Law Associates; Queens Long Island Med Group; Queens Medical Assoc; Queens Medical Office Pc; Queens Nassau Nursing Home; Queens Peace Residence; Queens Surgicenter; Quest Builders Group; Quest Media; Quick Usa Inc; Quik-Trak Couriers; Quinn & Co; Quinn Mccabe Llp; Quintairos Preito Wood & Boyer; Quintal Contracting Corp.; Quintessentially New York; Quirky; Quislex; Quorum Federal Credit Union; Qvi; Qwest Contracting Corp; R & M Richards Inc; R & N Construction Corp; R & R Scaffolding; R A M S Mechanical Inc; R A Rapaport Publishing Inc; R A Rodrigues Inc; R And L Heating; R Argento & Sons; R C Torre Construction Corp; R D Management; R D P Petroleum Inc; R D Wright Inc; R G Niederhoffer Capital Management Inc; R J Green Const Corp; R J Michaels & Co Inc; R P Brennan General Contrs; R R Lalena Corp; R V Associates; R Wade Johnson Design Inc; R&B Services; R.A.M.S. Mechanical Inc; R.B. Ignatow; R/Ga Digital Studios; Ra Consultants LLC; Ra Engineering Llp; Ra German Architect Pc; Ra Heintges Architects Conslnt; Rabbinical Assembly; Rabin Martin; Rabinowitz Boudin Standard; Rabo Securities Usa Inc.; Rabobank Nederland; Rabsky Group; Rac Mechanical; Racanelli Construction Co. Inc.; Rachel N Becker Md; Racher Press Inc; Racquet & Tennis Club; Radiac Research; Radiation Oncology Assoc; Radical Media LLC; Radin Glass & Co Llp; Radiology Associates-Brooklyn; Radson Development LLC; Rael Automatic Sprinkler; Rafael Via A Oly Architects Pc; Raff & Becker; Ragozin Inc; Raich Ende Malter & Co Llp; Railroad Construction Company Inc; Railworks Transit; Railworks; Rain Forest Alliance; Rainbow Group Ltd; Raje; Ralph Appelbaum Assoc Inc; Ralph Interactive; Ramapo Manor; Ramapo Radiology Associates; Ramius Securities; Rampart Brokerage Corp.; Ramsey Constructors Inc; Rand Engineering-Architecture; Rand Rosenzweig Radley-Gordon; Rand Solutions Inc; Raoul Lionel Felder Law Firm; Rapp Worldwide Inc.; Rappaport Hertz Cherson; Raptor Trading Systems; Raul Construction LLC; Raw Information Group; Ray Blau Partner Image Office Environments LLC; Ray Builders; Ray Catena Lexus; Raymond Chan Architect Pc; Raynor Marketing Ltd; Razaline Builders Inc.; Rbs; Rc Construction; Rca Asphalt; Rd Weis Companies; Rdg - Rodney D Gibble Consulting Engrs; Re New Construction Co Inc; Reading International Inc; Ready To Assemble Co; Realm; Reavis Parent & Lehrer; Rebekah Nursing Home; Rebt Corp; Recap; Red & Blue Construction Corp; Red Apple Surf Realty Iii; Red Hawk Fire And Security; Red Light Management Inc; Red Rock Industries Inc; Red Tie; Reddy Levy & Ziffer Pc; Redeemer Presbyterian Church; Redi

Construction Inc; Redsky Capital; Redstone Construction - Crossroads Construction; Refurbco Inc; Regal Home Collections; Regeis Care Ctr; Regency At Glen Cove; Regency Extended Care Ctr; Regeneron Pharmaceuticals; Regent International Inc; Regional Aid For Interim Needs; Regional Radiology Outerbridge; Regional Radiology; Rego Park Medical Assoc; Rego Park Nursing Home; Rehabilitation And Health Care; Reich And Tang; Reicon Group LLC; Reidy Contracting; Reisman Peirez Reisman; Reitler Kailas & Rosenblatt; Related Companies; Related Partners; Reliance Machining Inc; Rem Residential; Remax Construction LLC; Rembar Co; Reme Construction; Remede Consulting; Remodeling Consultants; Renaissance Home Care Agency; Rencap Securities; Rennon Cons. Corp.; Renotal Construction Corp; Renovated Home 1 Ltd; Renu Contracting & Restoration Inc; Renval Construction LLC; Repair The World; Respiratory Specialists; Resplandecer Inc; Restani Construction; Restorative Medicine Pc Judith; Resume-Riter; Revival Home Health; Rga Mechanical Corp; Rgbs Enterprises Inc; Rgenix Inc; Rheembell & Mermelstein Llp; Rheingold Giuffra Ruffo; Rheumatology Arthritis Ctr; Rheumatology Associates; Rhoda Lee Inc; Ribeiro & Dunsky; Ric Lo; Ricci Greene Assoc; Richard Fleischman And Assocs; Richard Meier And Partners; Richard Rodgers Theatre; Richard Spears & Kibbes Inc; Richard Tarzia Corp; Richards Plumbing & Heating Co Inc; Richardson Barnes; Richline Group; Richmond Elevator Co Inc; Richmond Hill Medical Office; Richter & Ratner; Rici Corporation; Ride Inc; Ridge Abstract Corp; Ridgewood Savings Bank; Rifenburg Construction Inc; Riff Raff Films LLC; Riggs Construction Co Inc; Rightway Solution; Rimani Group Inc; Rimlet Home Improvement; Rising Hope Inc; Rising Sun Construction; Risk Management International; Riskified; Rite-Way Demolition Inc; River East Anesthesia Assoc.; River Manor Care Ctr; Riverdale Mental Health Assn; Riverdale Nursing Home; Riverdale Painting Corp.; Riverside Abstract; Riverside Developers Usa Inc; Rivkin Radler Llp; Rj Brunoinc; Rj Capital Holdings; Rj Green Construction Corp; Rj Industries Inc; Rjg Consultants Inc; Rjr Maintenance Group Inc; Rjs Construction Corp; Rktb Architects; Rlb General Construction; Rlc Electronics Inc; Rml Construction Inc; Rmsk Contracting Corp; Rnh Electric; Robb Industrial Corp.; Robelan Displays Inc; Robell Painting; Robert A Cardali & Assoc Llp; Robert B Samuels Inc; Robert Con Co LLC; Robert Couturier Inc; Robert Derector Associates; Robert Martin; Robert Silman Associates Pc; Robert Spevack Law Ofc; Robert W Parchment Plb & Htg; Roberto Clemente Family; Roberts & Ritholz Llp; Roberts Group; Robinson & Yablon; Robinson Brog Leinwand; Roc Mar Contracting Corp; Rocal Inc; Rocco Agostino Land & General Construction; Rock Mills Steel Product Corp; Rockaway Care Ctr; Rockaway Mental Health Svc; Rockefeller Group; Rockefeller University Hospital; Rocketrip Inc; Rockland Psychiatric Center; Rockledge Scaffold Corp; Rockrose Construction Corp; Rockrose Dev Corp; Rockrose Development Corporation;

Rockwell Architecture; Rockwell Group; Rocon Plumbing & Heating Corp.; Rodel Electrical Inc; Rodney D. Gibble Consulting Eng; Roe Corporation; Roebell Painting Co; Roger Abi-Zeid; Rogers Burgun Shahine & Dschlr; Rogers Surveying; Rogoff And Company; Rogue Bear Press; Rojas Construction Corp; Rokkan; Rolando Mechanical Corp; Rolling Gate Repair & Svc; Rolling River Day Sch & Camp; Roma Stone Co Po Box; Romac Electronics Inc; Roman & Williams; Roman Stone Construction Co; Romano Gatland; Romanoff Consultants; Romer Debbas Llp; Romonel Roman; Ronbar Lab Inc; Ronemus & Vilensky; Ronnette Riley Architect; Roof Studio; Roosevelt Island Operating Corporation; Roraima Consulting Inc.; Rosary Hill Home; Rose Medical; Roseland Construction Corp; Rosemar Contracting; Rosen Group; Rosenberg & Estis Pc; Rosenberg And Estis Pc; Rosenberg Neuwirth & Kuchner; Rosenblum Eye Ctr; Rosenman & Colin; Rosenthal And Rosenthal; Rosenthal Discovery-Invention; Rosenwach Tank Co LLC; Rosetta Radiology; Rosin & Reiniger; Rosin Steinhagen Mendel; Rosner Nocera & Ragone Llp; Rosovich Assoc In; Ross Laboratory Sales Corp; Roth & Roth; Roth Built Construction LLC; Roth Painting Company; Rothschild Inc.; Rottenberg Lipman & Rich; Round Star Inc; Roundabout Theatre Company; Roundsquare Builders LLC; Roundsquare Development; Roura & Shannon; Royal Builders Group Inc; Royal Health Care; Royalty Pharma; Rr Donnelley; Rsg Systems Inc; Rsn Construction Co.; Ruben's Group Inc; Rubenstein Partners; Rubenstein; Rubin Abramson Llp; Rubin Fiorella & Friedman Llp; Rubin Marsha; Ruder Finn; Rudin Management Company; Ruhle Companies Inc; Ruhof Corp; Rumc; Run Rite Mechanical Corp.; Runtime Technologies; Rusk Renovations Inc; Ruskin Moscou Faltischek Pc; Russell Reynolds Assocaites; Russo & Burke; Russo & Keane; Russo And Toner Llp; Russo Apoz Nanski & Hellrich; Russo Development Enterprise; Rx Mosaic Health LLC; Rxr Corp; Rxr Realty; Ryan Health; Ryan-Nena Community Health; Ryder Construction Inc; Rye Radiology Assoc; Rzo LLC;

Employer Class Defendant.

-------------------------------------------------------------------------------------------------

The Plaintiffs, ALBERT E. PERCY and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives, by their attorney James M. Kernan of the Kernan Professional Group, LLP, states as follows:

## FACTS AND GROUNDS FOR CAUSES FOR ACTION

1.  This is a class action by persons who are ready, willing and able to work for the businesses represented by industry leaders, industry leaders identified by Don & Bradstreet by Standard Industrial Classification ("SIC") and North American Industrial Classification System (NAICS") classification codes, as defendant class representative industry leaders fairly and vigorously able to represent the interests of the Employer Class Defendant to defend this Class Action.

2.  This action involves liability of the Employer Class Defendant for unlawful employment practices of discrimination based on Plaintiffs' ability to meet their burden of production and persuasion proving that Plaintiffs demonstrated that there was a less discriminatory alternative method of employment practice ("Alternative Employment Practice").

3.  The Plaintiffs have demonstrated an alternative employment practice ("Alternative Employment Practice") to the Employer Class Defendant, members of which have refused to adopt the Alternative Employment Practice after demonstration to persuade as defined and 42 U.S.C. 2000d. Such refusal to adopt is an illegal employment practice under 42 U.S.C. 2000 e-2.

4.  The Plaintiffs made the demonstration in accordance with the law as it existed on June 4, 1989 with respect to an Alternative Employment Practice, described in subparagraph (C) referred to by subparagraph (A)(ii) of 42 U.S.C. § 2000e-2(k)(1). The Defendant respondent has refused to adopt such Alternative Employment Practice without valid justification, violating 42 U.S.C. § 2000e-2 of the Civil Rights Act of 1964 as amended in 1991.

5.  This Alternative Employment Practice was developed as a private solution after New York State failure of Governors Executive Order 45, which was the settlement provided to the Percy Class in settlement of Percy v. Brennan.

6.  The members of the Defendant Class as identified herein have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons, failing to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice.

7.  Failure to have an overriding business purpose for not adopting the Alternative Employment Practice entitles the Percy Class to injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice but failed and refuse to adopt it.

8.  This action by the Class Plaintiff is to enforce the benefit of the Alternative Employment Practice demonstrated to the industry leaders to persuade the members of the Employer Class Defendant to adopt the Alternative Employment Practice defined in related Case at (Complaint Case 21-cv-01421 Document #1) at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421, Document #6 Attachment #22,.

9.  In addition, this action is for breach of contract brought by the Percy Class as third-party beneficiaries for violating conditions of contracts, including but not limited to Presidential Executive Order 11246 ("EO 11246"), document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.and Governor's New York State Executive Order 45 (9 NYCRR 3.45), document #6, attachment 14 in EDNY Case No. 21-cv-001421.

10. Plaintiff will prove by statistical evidence warranting equitable relief by injunction or declaratory judgment against each Defendant individually and as members of the Employer Class Defendant, relief to redress violations of constitutional and civil rights of the Class Plaintiff as proven at the time of trial of this action.

## Precedent, Authority and Jurisdiction

11. This action is grounded on the record in US SDNY Case 73-cv-04279, the case file archived as potentially of national significance in St. Louis, Missouri, the case file returned from St. Louis to the National Archives in New York City, returned upon the request on behalf of Plaintiffs, and certified by the National Archives to the United States District Court for the Southern District of New York, which record was then filed by ECF as the Docket on Appeal to the United States Second Circuit Court of Appeals 17-2273.

12. A lead action (Complaint Case 21-cv-01421 Document #1) has been filed in the US Federal Court for the Eastern District of New York against the State of New York and others for failure of settlement involving New York State Executive Order 45 (9 NYCRR 3.45),("EO 45") document #6, attachment 14 in EDNY Case No. 21-cv-001421. That action is grounded upon the final and enforceable Memorandum/Order ("Memorandum/Order") of Judge Lasker reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, settled by agreement accepting Defendant New York State's offer of EO 45. The problem is that EO 45, document #6, attachment 14 in EDNY Case No. 21-cv-001421, failed and the Percy Class was never notified of the failure - Governor of the State of New York offered a settlement of Percy v. Brennan in case 73-cv-04279 that is unenforceable, paragraphs 528-553 of (Complaint Case 21-cv-01421 Document #1).

13. Liability is for violation of 42 U.S.C. §§2000e-2, rights secured to the Percy Class as the Complaining Party, liability of the Employer Defendants under the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§§ 2000e-2, 1981, 1983, 1985, and United States EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, for breach of contract where such Employer Defendants have breached contractual conditions requiring compliance with EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, by failing to affirmatively provide equal employment opportunity to members of the Percy Class as third-party beneficiaries to contracts with Employer Defendants, contracts funded from federal funding requiring compliance with the Civil Rights Act, regulations, laws and US constitutional provisions recited in EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421. Members of the Percy Class are beneficiaries specifically identified in contracts as conditions and obligations where Federal Funding is involved. These conditions of contracts specify compliance with EO 11246. document #6, attachment 21 in EDNY Case No. 21-cv-001421

14. The Alternative Employment Practice under the Civil Rights Act of 1964, and specifically 42 USCA §2000e-2 and §2000d as amended in 1991 (the "Civil Rights Act"), is delivered with workers' compensation coverage. All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required in under New York Workers' Compensation Law §10, workers' compensation coverage also includes safety training and loss control management.

15. Using workers' compensation coverage as the delivery method for the Alternative Employment Practice to provide apprenticeship for new hires and continuing education for existing

employees, the practice provides skills to educate workers to competently and safely perform work, protect themselves and people with whom they come into contact. Too long employees have struggled without being provided the skills necessary to protect themselves and the communities they serve, including the general public with whom they come in contact.

16. The Percy Program established apprenticeship programs as an Alternative Employment Practice to be provided with workers' compensation insurance coverage as part of safety management and loss control. All employment is covered by workers' compensation insurance. The Alternative Employment Practice set forth at (Complaint Case 21-cv-01421 Document #1) the Alternative Employment Practice at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421 Document #6 Attachment #22, incorporates apprentice training into the workers' compensation loss control and safety training of employees, by enrolling new entrants to the workforce to work alongside existing journeypersons, growing the depth of skilled workers, skilled workers whose ranks are being diminished through age and attrition. The workers' compensation carrier subsidizes the apprenticeship programs by recognizing the savings in reduction of losses which reduces the exposures and liabilities of the claims required to be paid by the workers' compensation insurance carrier. The Alternative Employment Practice is delivered as a function of safety and loss control management with workers' compensation through paid on-the-job apprentice training and continuing education involving apprentice training under the Fitzgerald Act (29 U.S.C. §50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Bureau of Apprenticeship and Training (BAT) and C.F.R. T. 29, Subt. A, Pt. 29 and Pt. 30, made a part of workers' compensation coverage required of all employment.

17. Although the employers are not named in the original Percy v. Brennan case, Case 73-cv-04279. reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, the Employers Defendants in fact are required to provide real affirmative action.

18. The Percy Class has been constantly denied access to apprenticeship to gain skills to compete for employment, entitling the Percy Class to actual damages for lost wages, for lost opportunity compensation, damages also affecting members of the Percy Classes' children and families, significantly disadvantaged in education and skills, struggling to get a job.

## VENUE

19. The basis of the venue in the United States Federal Court for the Eastern District of New York is because a substantial part of the events giving rise to the claims made herein occurred in the Eastern District of New York, Albert E. Percy resides in the Eastern District of New York, and Plaintiff Percy Class is predominately situated in the Eastern District of New York.

## PARTIES

**Plaintiffs:**

20.   Plaintiff Albert E. Percy, ("Percy") certified as the class representative of the certified class by Judge Lasker in the Memorandum/Order at 384 F Supp 800, page 811, [S.D.N.Y. 1974] in Case 73-cv-04279, and at document #6, attachment 3 in EDNY Case No. 21-cv-001421, the Class certified in Percy v. Brennan, Federal District Court SDNY Case 73-cv-04279, reported at 384 F. Supp 800, at Page 808, docketed in US 2nd Circuit Court of Appeals appeal No. 17-2273 Docket #97 page 0003 and Docket #99 page 640, and document #6, attachment 3 in EDNY Case No. 21-cv-001421 (the "Percy Class") is fully capable of learning to perform and/or performing skilled occupations as apprentices and journeypersons. Percy, as the Complaining Party, a member of the Percy Class, was denied equal employment opportunities, and remains a proper representative of the Percy Class. Percy's personal and business interests and the claims hereinafter set forth are fully aligned with those of the Class.

21.   Standing was found by the Lasker Court in its Memorandum/Order stating the Percy Class has alleged "such a personal stake in the outcome of the controversy as to assure that concrete adverseness which sharpens the presentation of issues upon which the court so largely depends for illumination of difficult constitutional questions" citing "Baker v Carr, 369 US 186,(1962) 82 S Ct 691, 7 L Ed 2d 663, document #6, attachment #6, in EDNY Case No. 21-cv-001421 (see Flast v Cohen, 392 US 83, (1968), 88 S Ct 1942, 20 L Ed 2d 947 (1968))" document #6, attachment #7, EDNY Case No. 21-cv-001421. In Percy v. Brennan, black and Spanish-surnamed workers were alleged to "have been and continue to be denied employment in the New York construction industry, demonstrating the Percy Class continues to have a personal stake", 384 F Supp 800, page 808 [S.D.N.Y. 1974], document #6, attachment 3 in EDNY Case No. 21-cv-001421, and 17-2273, Docket #99, Appendix 1, Volume 3, page 684.

22.   The Memorandum/Order of Judge Lasker in the Percy Action, Percy v. Brennan, 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421, page 811 in 17-2273, Docket #99, Appendix 1, Volume 3, page 660, granted Plaintiffs motion to be maintained as a class and found standing to seek relief for the enforcement of  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421 as a class of persons that EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC was designed to protect from injuries resulting from racial discrimination within the protections of the Fifth and Fourteenth Amendments to the Constitution, 42 USC 1981, and has met the requirements of subdivisions 2 and 3 of FRCP 23. See also, Docket #99, Appendix 1, Volume 3, page 653 in 2nd Circuit Appeal 17-2273.

23.   The Class defined and certified by Judge Lasker in Case 73-cv-04279 was "all black and Spanish-surnamed persons who are capable of performing, or capable of learning to perform, construction work, and who wish to perform construction work within the jurisdiction of unions that are members of the Defendant Building and Construction Trades Council of Greater New York" with Plaintiff Albert Percy designated as the Class Representative (384 F Supp 800, at page 811, document #6, attachment 3 in EDNY Case No. 21-cv-001421, and 17-2273, Docket #99, Appendix 1, Volume 3, Page 660).

24. The Order certifying the Class in Case 73-cv-04279 is at 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421 and 17-2273 Docket 97, Appendix 1, Volume 3 of 3, page 640

25. Plaintiff Percy Jobs and Careers Corporation is an Internal Revenue Code 501(c)(3) non-profit managing apprentice training at the Maritime College State University Of New York, PO Box 351, 6 Pennyfield Ave, Bronx, NY 10465.

**Defendants:**

26. Defendants are named individually and as representatives of a class of employers ("Employer Defendants") to which the Plaintiff has demonstrated an alternative employment practice ("Alternative Employment Practice"). The Defendants are industry leaders identified as class representatives with the expectation that those industry leaders will protect the interests of the Class, being employers to which the Plaintiff demonstrated the Alternative Employment Practice in an effort by the Plaintiff to persuade the specifically identified Employer Defendants which number 8,773 as set forth on Attachment #1.

## NUMEROSITY

27. The number of members of the Percy Class are essentially unenumerable but are not indeterminate as certified in the Percy v. Brennan action Case 73-cv-04279 being enforced here.

28. The Class defined and certified by Judge Lasker, as all black and Spanish surnamed persons residing in and about the City of New York is an extremely large class. To identify the Class, Percy counsel has caused to be sent out long overdue Notices of Settlement as Notices of Enforcement of the Settlement of Percy v. Brennan Case 73-cv-04279. Included in the mailing the Alternative Employment Practice demonstrated to and urged that the Employer Defendants adopt. This identification will provide specificity as to the members of the Percy Class entitled to relief.

## COMMON ISSUES OF LAW AND FACT

29. The issues of law and fact determining the claims of the Percy Class, that the Employers Defendants named in this action, have caused, are causing, and will continue to cause serious, permanent and irreparable economic and social injury and damage to the Percy Class, are common to all members of the Class.

30. The common issues of law and fact must be determined in order to fashion an appropriate equitable remedy and provide relief for the benefit of the Percy Class.

## JUDICIAL ECONOMY

31. This action avoids the prosecution of separate actions by multiplicity of actions involving the same individual members of the Percy Class and the same Owners which would create a likelihood of inconsistent or varying adjudications with respect to individual members of the Percy Class.

32. The Percy Class has been denied and deprived of an opportunity to compete effectively within the American free enterprise system and as a result the members of the Percy Class have

sustained serious and ongoing damages, that if the wrongdoing of the Defendants is not enjoined and prevented, chronic damage will continue unabated.

## AS AND FOR A FIRST CAUSE OF ACTION

33.    The Plaintiffs repeat and reiterate the allegations set forth above as though fully set forth herein.

34.    The Percy Program (paragraphs 241 – 274, paragraphs 275 – 276, and paragraph 275 – 280 of (Complaint Case 21-cv-01421 Document #1), presented as the Alternative Employment Practice, is delivered as a function of safety and training with workers' compensation under the covered payroll. The Percy Program is an Alternative Employment Practice, an element of a workers' compensation coverage. Apprenticeship is a function of safety training and loss control management of workers' compensation insurance, apprentices recruited and sponsored through employment or provided through a subcontract with apprentice training under the National Apprenticeship Act of 1937 occurring by three methods: (1) coordinated with joint apprenticeship labor-management counsel involving unions, (2) by sponsorship by an employer, or (3) by sponsorship by a trade association.

35.    All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required in under New York Workers' Compensation Law §10, this Alternative Employment Practice of apprentice training is covered as part of workers' compensation coverage as registered apprenticeship with risk-management, safety training and loss control.

36.    The Plaintiff is able to meet its burden of production and persuasion proving that there was a less discriminatory alternative method of employment practice available that the Employer Defendants could have adopted, failing to adopt the Alternative Employment Practice without valid justification is an unlawful employment practice violating 42 U.S.C. § 2000e-2(k)(1)(A)(ii) and (k)(1)(C) of the Civil Rights Act of 1964 as amended in 1991.

37.    The Alternative Employment Practice answers the need for the Percy Class to obtain competitive skills by utilizing registered apprenticeship meeting the requirements of the Fitzgerald Act (29 U.S.C. § 50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Office of Apprenticeship and Training (BAT) and 29 C.F.R, Subt. A, Pt. 29 and Pt. 30. Apprenticeship is the process of learning a skilled occupation through both on-the-job training (practical, paid experience) and learning the related technical knowledge in a classroom. Candidates must be 18 years old and possess a GED (the Alternative Employment Practice will help a candidate obtain a GED). Enrollment must be done openly under the procedures established by federal and state regulations for Minimum Qualifications Review and Eligibility List Ranking using for: educational achievement, work experience, seniority, job aptitude, oral interview, and general demographic inquiries to determine a score for ranking for eligibility to be enrolled in OJT and continuing education.

38.    Plaintiff Percy and the Class he represents are entitled to injunctive relief as demanded and actual damages for lost wages, for lost opportunity and compensation as money damages for the

families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to compensation as money damages to be determined at trial in this litigation.

39. The members of the Percy Class have been and are ready, willing and able to work, persistently wanting to work, but have been constantly deprived and denied work, damaging the members of the Percy Class, and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial.

## AS AND FOR A SECOND CAUSE OF ACTION

40. Upon information and belief, Defendant has accepted Federal funding containing conditions of compliance with Civil Rights Act of 1964 and  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.

41. Government Agencies set forth in Complaint Case 21-cv-01421 Document #1  are charged with enforcing  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC and laws as contractual conditions to Federal Funds for public work facilities, and are therefore liable for the foregoing lost wages, lost benefits and lost opportunity to which the Percy Class is entitled as intended beneficiaries.

42.  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC seeks to implement the anti-discrimination program of the Civil Rights Act of 1964 and is directed at all government contractors. Section 2 02(1) of the Order provides: "The contractor will take affirmative action to ensure equal employment opportunity. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship", 30 Fed. Reg. 12, 319 (1965), the "color blind" approach envisioned in  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC,  §202(1) of  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, 30 Fed. Reg. 12, 319(1965), provides that: The contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship.

43. The necessary elements of a prima facie cause of action for violation of 42 U.S.C. §2000e-2 exists, depriving rights thereunder, secured to the Percy Class as the Complaining Party by the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§ 1981, 1983, 1985, and such employer has breached contractual conditions requiring compliance with  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.

44.    The Employer Defendants and the Class of Defendant Employers have ignored the mandate of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, as well as several other federal regulations specifically identified in the contract, causing and continuing to cause disparate impact discrimination that these statutes, orders, and regulations were designed to remedy.

45.    Plaintiff Percy and the Class he represents are entitled to injunctive relief and actual damages for lost wages, for lost opportunity and compensation as money damages for the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to  compensation as money damages to be determined at trial in this litigation.

## RELIEF

Plaintiffs collectively pray that this Court:

On the First Cause of Action, injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice, have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice, and damages must be stopped and rectified;

On the Second Cause of Action, award Plaintiffs actual damages for lost wages and benefits and lost opportunity damages to the Percy Class and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial;

Award Plaintiffs liquidated damages to be determined;

Award Plaintiffs pre- and post-judgment interest at the statutory rate;

Award Plaintiffs attorneys' fees, expert fees, costs, and disbursements;

Award Plaintiffs further and additional relief as this Court deems just and proper; and

Treating this as a Private Attorney General Action under 42 U.S.C. 1988 insofar as may be necessary to provide the relief requested in this Complaint together with reimbursement of attorney fees, expert fees, costs and disbursements;

All together with such other and further relief as shall seem just and proper under the circumstances.

**Pursuant to Fed. R. Civ. P. 39, demand is made for trial by jury on all the issues so triable.**

Dated: April 27, 2021

                                                    /s/James M. Kernan_____

14

KERNAN PROFESSIONAL GROUP, LLP

James M. Kernan, Esq., of Counsel
Bar Role # JK1242
26 Broadway, 19th Floor,
New York, New York 10004
Phone:(212) 697-9084
Fax (212) 656-1213
jkernan@kernanllp.com

<u>ATTACHMENT 1</u>

<u>DEFENDANTS AND THEIR PLACE OF BUSINESS</u>

P & H Painting Inc, 7 Purdy St # 201a, Harrison, NY 10528-3775;

P & K Contracting Inc, 225 Jericho Turnpike # D, Floral Park, NY 11001;

P & T Ii Contracting Corp, 2417 Jericho Tpke, Garden City Park, NY 11040-4710;

P And L Development LLC, 609 Cantiague Rock Rd, Unit 2, Westbury, NY 11590;

P C Rosenberg & Estis Attorney, 733 3rd Ave # 1200, New York, NY 10017-3293;

P E Guerin Inc, 23 Jane St, New York, NY 10014-1999;

P M D Promotion, LLC, 19 W 21st St, Rm 901, New York, NY 10010;

P M Pediatrics, 620 E Boston Post Rd, Mamaroneck, NY 10543-3741;

P Peugeot Watches, 140 58th St # 7f, Brooklyn, NY 11220-2560;

P S Business Management, 235 Park Ave S # 9, New York, NY 10003-1405;

Pace University, 1 Pace Plz, New York, NY 10038-1502;

Pacific Transglobal, 61 Southside Ave, Hastings On Hdsn, NY 10706-2703;

Pack America Corp, 108 W 39th St # 16, New York, NY 10018-8255;

Paco Group Inc, 110 William St # 1201, New York, NY 10038-3395;

Pacoa, 7 Harbor Park Dr, Port Washington, NY 11050-4655;

Paddle Eight, 30 Cooper Sq # 6, New York, NY 10003-7120;

Padilla Construction Service, 19 Liberty Ave Staten Island, NY 10304;

Paduano & Weintraub Llp, 1251 Avenue Of The Americ #920, New York, NY 10020-1102;

Paerdegat Kid Sports & Child, 1500 Paerdegat Ave N, Brooklyn, NY 11236-4100;

Pagny, 1010 Hazen St, East Elmhurst, NY 11370;

Paige Ai, 11 E Loop Rd # 5, New York, NY 10044-1500;

Pain D' Avignon, 3520 9th St, Long Is City, NY 11106;

Paint Tech Painting Inc, 790 Madison Ave # 503, New York, NY 10065-6124;

Painting & Decorating B F, 450 Fashion Ave # 307, New York, NY 10123-0307;

Pal Environmental Safety Corporation, 1102 Queens Plz S Long Island City, NY 11101;

Palace Electrical Contractors, Inc., 3558 Park Avenue, Wantagh, NY 11793;

Paladin Consulting-Programming, 155 W 72nd St, New York, NY 10023-3250;

Palante Electrical Contractors, 453 E 175th St,Bronx,NY,10457;

Palard Realty Corp, 15-04 130th St, College Point, NY 11356;

Palatine Industries, 103 Skyline Drive Palatine Bridge, NY 13428;

Paletot Ltd., 498 Fashion Ave, Frnt 2, New York, NY 10018;

Pall Aeropower Corporation, 25 Harbor Park Dr, Prt Washingtn, NY 11050;

Pall Biomedical Inc, 25 Harbor Park Dr,, Prt Washingtn, NY 11050;

Pall Corporation, 25 Harbor Park Dr,, Prt Washingtn, NY 11050;

Pallotta Health Solution, 7701 13th Ave, Brooklyn, NY 11228-2413;

Palm Tree Center For Nursing And Rehab, 5606 15th Ave, Brooklyn, NY 11219;

Palma Settimi Inc, 7 Sutton Pl, New York, NY 10022-2406;

Pam Air Conditioning, Po Box 448, Long Beach, NY 11561-0448;

Panhandle Ironworks LLC, 8357 W Coeur Dalene Dr, Spirit Lake, Id 83869-8784;

Panoramic Hudson LLC, 512 Fashion Ave Fl 15, New York, NY 10018-4603;

Panteris & Panteris Llp, 3516 Bell Blvd # 201, Bayside, NY 11361-1710;

Par Pharmaceutical Companies, Inc., 1 Ram Ridge Rd, Spring Valley, NY 10977;

Par Plumbing Co., Inc., 60 N Prospect Ave, Lynbrook, NY 11563;

Paraco Gas Corporation, 800 Westchester Ave, Ste S604, Rye Brook, NY 10573;

Paradigm Services Inc, 244 E Union Tpke,Wharton,NJ,07885;

Paradise Plastics, 116 39th St, Brooklyn, NY 11232-2712;

Paradox Resolution LLC, 641 Lexington Ave # 13, New York, NY 10022-4503;

Paralegal Support Svc Inc, 53 W 36th St # 202, New York, NY 10018-7903;

Parc, 575 Drewville Rd, Carmel, NY 10512;

Parfums Givenchy Inc, 19 E 57th St, New York, NY 10022-2506;

Paris Health Club, 752 W End Ave Frnt, New York, NY 10025-6290;

Park Ave International Inc, 115 W 29th St, Rm 500, New York, NY 10001;

Park Ave. International Contracting Corporation, 184 Hebberd Ave # 2nd, Paramus, NJ 07652-4452;

Park Avenue Extended Care, 425 National Blvd, Long Beach, NY 11561-2031;

Park Avenue Post Inc, 125 W 94th St, New York, NY 10025-7016;

Park Developers & Builders, 218 Hamilton Ave, Brooklyn, NY 11231-1831;

Park East Construction Corporation, 266 East Jericho Turnpike,, Huntington Station, NY 11746;

Park Hudson Intl LLC, 212 W 35th St, Fl 4, New York, NY 10001;

Park Pediatrics, 271 Jericho Tpke # 3, Floral Park, NY 11001-2163;

Park Ridge Medical Ctr, 6317 4th Ave, Brooklyn, NY 11220-4922;

Park Slope Day Camp, 694 5th Ave # A, Brooklyn, NY 11215-6574;

Park Terrace Care Ctr, 5920 Van Doren St, Corona, NY 11368-4018;

Parkchester Medical, 1211 White Plains Rd # A, Bronx, NY 10472-4992;

Parker Institute, 27111 76th Ave, New Hyde Park, NY 11040;

Parker New York, 119 W 56th St, New York, NY 10019-4000;

Parkermeridien, 119 W 56th St, New York, NY 10019;

Parkview Care & Rehab Ctr, 5353 Merrick Rd, Massapequa, NY 11758-6209;

Pars International Corp, 253 W 35th St # 7, New York, NY 10001-1907;

Parsons Brinckerhoff, Inc., 1 Penn Plz, Fl 2, New York, NY 10011;

Partners Ellenberg, 575 8th Ave # 16, New York, NY 10018-3055;

Partners In Care, 220 E 42nd St, Lbby 102, New York, NY 10017;

Partnership For Nyc, 1 Battery Park Plz, Fl 5, New York, NY 10004;

Pat Corsetti Inc., Manchester,Ct;

Pat Fay,, 235 E 42nd St, Rm 107, New York, NY 10017;

Paterno Asphalt Corp, 7 Edison Ave, Mt Vernon, NY 10550-5003;

Path Medical, 200 Chambers St # 26c, New York, NY 10007-1350;

Pathology & Laboratory Medical, 423 E 23rd St # 6163n, New York, NY 10010-5011;

Pathways To Housing, 186 E 123rd St, Fl 3, New York, NY 10035;

Patients Medical Pc, 1148 5th Ave # 1b, New York, NY 10128-0807;

Patriot Electric Corp, 1517 126th St, College Point, NY 11356;

Patterson Belknap Webb-Tyler, 1133 Avenue Of The America #22, New York, NY 10036-6731;

Patton Eakins Lipsett Martin, 488 Madison Ave # 1120, New York, NY 10022-5719;

Pau/Practice For Architecture & Urbanism, 215 Park Ave S, 1805, New York, NY 10003;

Paul A Castrucci Architect, 179 Rivington St, Suite 1a, New York, NY 10002-2601;

Paul Bunyon Tree Care, Inc., 33 Kirkwood Rd, Port Washington, NY 11050-1436;

Paul Dicpinigaitis Md, 833 Northern Blvd # 220, Great Neck, NY 11021-5339;

Paul J. Scariano Inc., 916 Old Nepperhan Ave,New Rochelle,NY,10703;

Paul Labrecque Salon, 14 E 60th St # 606, New York, NY 10022-7118;

Paul Michael Marketing Svc, 15916 Union Tpke # 302, Fresh Meadows, NY 11366-1955;

Paul Weiss, 1285 Avenue Of The Americas, Rm 200, New York, NY 10019;

Paul Wilmot Communications, 581 Avenue Of The Americas # 2, New York, NY 10011-2047;

Paws To The Pavement, 338 E 67th St, New York, NY 10065-6232;

Pazer & Epstein, 20 Vesey St # 700, New York, NY 10007-2922;

Pb Contracting, 95 Broadway Ste 1,Hicksville,NY,11801;

Pc Consulting Management Corp, 9 E 53rd St # 5, New York, NY 10022-4221;

Pc Richard And Son, 8607 144th St, Jamaica, NY 11435;

Pccs, 150 Granite Ave, Staten Island, NY 10303;

Pci Homecare Group, 336 W 263rd St, Bronx, NY 10471;

Pear Core Solutions, 9 E 40th St, Fl 5, New York, NY 10016;

Pearl Cohen Zedek Latzer Brtz, 1500 Broadway # 12, New York, NY 10036-4068;

Pearl Meyer And Partners, LLC, 461 5th Ave, Fl 19, New York, NY 10017;

Pearland, 3601 43rd Ave, Fl 1, Long Is City, NY 11101;

Pearls Construction LLC, 600 Third Ave 2nd Floor, New York, NY 10016-1919;

Pearson, 525 Fashion Ave, Fl 4, New York, NY 10018;

Peckar & Abramson A Pro Corp, 1325 Avenue Of The America #10, New York, NY 10019-7850;

Peckham Industries, Inc, 172 Prospect Hill Rd, Brewster, NY 10509;

Peconic Bay Medical Center, 784 Sprague St, North Baldwin, NY 11510;

Pediatric Hospital, 10 River Rd, Apt 3m, New York, NY 10044;

Peduto Construction Corporation, 7 Fourth St, New Rochelle, NY 10801-5903;

Peepels Mechanical Corp, 1027 Jackson Ave, Long Island City, NY 11101-5818;

Pegalis & Erickson, 1 Hollow Ln # 107, New Hyde Park, NY 11042-1215;

Pegram Enterprises, 5900 Arlington Ave, Apt 12e, Bronx, NY 10471;

Pei Architects, 257 Park Ave S, New York, NY 10010-7304;

Pei Cobb Freed-Partners Archt, 88 Pine St # 2, New York, NY 10005-1837;

Pei Partnership, 257 Park Ave S # 19, New York, NY 10010-7304;

Pelham Parkway Dialysis Ctr, 1400 Pelham Pkwy S # 5-1, Bronx, NY 10461-1119;

Pelham Pkwy Nursing Home, 2401 Laconia Ave, Bronx, NY 10469-1492;

Pelli Clarke Pelli Architects, 322 8th Ave # 11, New York, NY 10001-6780;

Pen Enterprises, Inc, 521 Coney Island Ave, Brooklyn, NY 11218-3423;

Pena & Kahn, 1250 Waters Pl # 901, Bronx, NY 10461-2733;

Penguin Random House, 1745 Broadway # 3, New York, NY 10019-4343;

Peninsula Counseling Ctr, 1355 Noel Ave, Hewlett, NY 11557-1306;

Peninsula General Nursing Home, 5015 Beach Channel Dr, Far Rockaway, NY 11691-1110;

Penn Plaza Consultants Group, 1122 Avenue J, Brooklyn, NY 11230-3665;

Penta City Gr. Jv, 32 Old Slip New York, NY 10005;

Pentegra Retirement Services, 108 Corporate Park Dr, Fl 4, White Plains, NY 10604;

Pentland Usa, 156 W 56th St, Ste 1200, New York, NY 10019;

Penton Learning, 535 5th Ave # 8, New York, NY 10017-8011;

People Care Inc, 110 Mamaroneck Ave # 2a, White Plains, NY 10601-5200;

Pepsi, 1111 Westchester Ave, White Plains, NY 10604-4001;

Perciballi Industries Inc, 48 Dutchess Ave Staten Island, NY 10304;

Percy Uris Natatorium, 3030 Broadway, New York, NY 10027-6902;

Perecman Firm PLLC, 250 W 57th St # 401, New York, NY 10107-0106;

Perella Weinberg Partners Lp, 767 5th Ave, Fl 3, New York, NY 10022;

Perelson Weiner Llp Certified, 299 Park Ave # 2, New York, NY 10171-0299;

Peretz Mirgang & Co Llp, 331 Madison Ave # 105, New York, NY 10017-5102;

Perfectaire Co Inc, 12411 101st Ave, S Richmond Hill, NY 11419-1409;

Perfection Drywall Tapers Inc, 774 E 48th St, Brooklyn, NY 11203;

Perfetto Contracting Company, Inc, 152 41st St Brooklyn, NY 11232;

Perfetto Enterprises Company Inc, 2319 Richmond Ter, Staten Island, NY 10302-1116;

Performance Health, 70 E 55th St # 2, New York, NY 10022-3396;

Performance Logic Inc, 200 E Broadway # 3e, New York, NY 10002-5501;

Perkan Concrete Corp, 14518 Liberty Ave, Jamaica, NY 11435;

Perkins & Will, 215 Park Ave S Fl 4, New York, NY 10003-1615;

Perkins Eastman Architects, 115 5th Ave, New York, NY 10003-1004;

Perl & Asch, 500 Mamaroneck Ave # 301, Harrison, NY 10528-1648;

Perlman And Perlman Esquires, 521 5th Ave, Fl 30, New York, NY 10017;

Permadur Ind. Inc., Hillsborough,NJ;

Permal Group Inc., 900 3rd Ave, Fl 28, New York, NY 10022;

Permission Data, 805 3rd Ave # 1501, New York, NY 10022-7556;

Pernod Ricard Usa LLC, 250 Park Ave, Ste 17a, New York, NY 10017;

Perry Consulting, 54 W 21st St # 607, New York, NY 10010-7349;

Person Centered Care Services, 150 Granite Ave, Staten Island, NY 10303;

Personal Touch, 3636 33rd St, Ste 501, Astoria, NY 11106;

Pesach Tikvah Door Of Hope, 18 Middleton St, Brooklyn, NY 11206-5415;

Peter F Poon Architects, 12 Mercer St # 5, New York, NY 10013-2518;

Peter J Catanzaro Inc, 126 41st Street, Brooklyn, NY 11232;

Peter J Kelley & Assoc, 36 E 20th St # 6, New York, NY 10003-1315;

Peter Merani Law Office, 1001 Avenue Of The Ameri #1800, New York, NY 10018-5515;

Peter Pennoyer Architects, 136 Madison Ave # 11, New York, NY 10016-6789;

Peter Scalamandre & Sons, 157 Albany Ave, Freeport, NY 11520-4710;

Petersan Group, 1430 Broadway # 1401, New York, NY 10018-3378;

Petracca & Sons, Inc., 1802 Petracca Pl Whitestone, NY 11357;

Petrie Division, 317 E 17th St, New York, NY 10003-3804;

Petrillo Stone Corp, 610 S Fulton Ave Mount Vernon, NY 10550;

Petrovano & Assoc, 25 Brooklyn Ave, Massapequa, NY 11758-4855;

Petsky Prunier LLC, 60 Broad St, Ste 3810, New York, NY 10004;

Pfizer Inc., 235 E 42nd St, Rm 107, New York, NY 10017;

Pg Drywall, 37 Vredenburgh Ave, Yonkers, NY 10704-2150;

Pharmaceutical Media Inc, 30 E 33rd St # 4, New York, NY 10016-5326;

Phelps Hospital Robotics, 701 N Broadway, Sleepy Hollow, NY 10591-1020;

Phelps Memorial Hospital, 701 N Broadway, Sleepy Hollow, NY 10591;

Philip Habib & Assoc, 102 Madison Ave # 11, New York, NY 10016-7473;

Philip Morris International Inc., 120 Park Ave, Fl 6, New York, NY 10017;

Philip Weintraub, 791 Park Ave, New York, NY 10021-3551;

Phillip Nizer Law Firm, 666 5th Ave # 28, New York, NY 10103-2601;

Phillips & Assoc, 45 Broadway # 620, New York, NY 10006-4010;

Phillips & Co Pc, 450 Park Ave # 1, New York, NY 10022-2626;

Phillips Group, 360 Park Ave S # 19, New York, NY 10010-1730;

Phillips Krantz & Assoc, 108 W 39th St # 600, New York, NY 10018-8282;

Phipps Construction Inc, 969 3rd Ave # 1a, New York, NY 10022-2065;

Physique 57, 180 Avenue Of The Americas, New York, NY 10013-1250;

Pi Capital Partners, 13618 39th Ave Fl 12, Flushing, NY 11354-5577;

Pibly Residential Program Inc, 2415 Westchester Ave, Bronx, NY 10461-3538;

Picciano & Scahill Pc, 900 Merchants Concourse # 310, Westbury, NY 11590-5114;

Picco Construction, 154 E Boston Post Rd # 14, Mamaroneck, NY 10543-3749;

Picis, 25 E Saint Marks Pl, Valley Stream, NY 11580;

Pico Electronics Inc, 143 Sparks Ave, Pelham, NY 10803-1856;

Piece Management, 117 S 2nd St,New Hyde Park,NY,11040;

Pierre Michel Inc, 135 E 57th St # 108, New York, NY 10022-2180;

Pierre Toussaint Family Health, 1110 Eastern Pkwy # 3, Brooklyn, NY 11213-4845;

Pillinger Miller Tarallo Lip, 570 Taxter Rd # 275, Elmsford, NY 10523-2311;

Pillori Associates, 333 Meadowlands Parkway Suite, Secaucus, NJ 07094;

Pillsbury, 1540 Broadway, Fl 22, New York, NY 10036;

Pilobolus, 601 W 26th St # 325, New York, NY 10001-1141;

Pinkhasov & Assoc, 260 Madison Ave # 204, New York, NY 10016-2401;

Pinnacle Commercial Development, 3822 River Rd, (Rear Building), Point Pleasant Boro, NJ 08742-2067;

Pioneer Landscaping & Asphalt & Paving Inc, 168 Townline Rd, Kings Park, NY 11754-4212;

Pioneer Underground Inc, 645 Cochiane Rd Morgan Hill, Ca 95037;

Pioneer Windows, 3 Expressway Plz # 221, Roslyn Heights, NY 11577-2033;

Pipe Doctor Plbg Htg & A C Inc, 80 E Hawthorne Ave, Valley Stream, NY 11580-6342;

Pippa Inc, 119 W 24th St, New York, NY 10011-1913;

Pirelli Tire LLC, 546 5th Ave, Fl 8, New York, NY 10036;

Pitney Bowes, 440 9th Ave, New York, NY 10001-1620;

Pitta & Giblin Llp, 120 Broadway # 2803, New York, NY 10271-2801;

Pivzarotti Ibc, 4000 Royal Ct, New Hyde Park, NY 11040-2640;

Pixacore, 1359 Broadway # 7, New York, NY 10018-7141;

Pixafy Inc, 575 8th Ave # 10, New York, NY 10018-3525;

Pizzarotti Ibc, 909 3rd Ave, Fl 15, New York, NY 10022;

Pizzo Brothers Inc, 161 E 109th St, New York, NY 10029-3606;

Pj Mech. Bldg. Services Corp., 55 Broad St New York, NY 10004;

Pjs Electric, Inc., 12 Potter Ave, New Rochelle, NY 10801-2107;

Pk Interiors Inc, 80 Route 6 Unit 504 Baldwin Place, NY 10505;

Pl Developments, 200 Hicks St, Westbury, NY 11590;

Planet Data Solutions, 555 Taxter Rd # 150, Elmsford, NY 10523-2367;

Planet Mechanical, 817 37th Ave, Long Island City, NY 11101-6010;

Planned Parenthood Federation Of America, 123 William St, Fl 9, New York, NY 10038;

Plant Construction LLC, 181 Broadway # 5, New York, NY 10007-3155;

Plasmanet Inc, Po Box 4562, New York, NY 10163-4562;

Plastic Surgery Group, 242 Merrick Rd # 302, Rockville Centre, NY 11570-5254;

Plastic Works, Po Box 51, Crompond, NY 10517-0051;

Platinum Maintenance Services Corporation, 120 Broadway Fl 36,New York,NY,10271;

Platt Byard Dovell White, 49 W 37th St # 400, New York, NY 10018-6238;

Platta Law Firm, 42 Broadway # 1927, New York, NY 10004-3865;

Platte Klarsfeld & Levine, 10 E 40th St # 46, New York, NY 10016-0303;

Platzer Swergold Karlin Levine, 475 Park Ave S # 18, New York, NY 10016-6901;

Plaxall Inc, 546 46th Ave, Long Island City, NY 11101-5248;

Playbill Inc, 729 7th Ave # 4, New York, NY 10019-6827;

Plaza Construction Corp, 1065 Avenue Of The Americas Fl 7, New York, NY 10018-0828;

Plaza Del Castillo Health, 1515 Southern Blvd, Bronx, NY 10460-5980;

Plaza Marine Inc, 66 New Hyde Park Rd # A, Garden City, NY 11530-3955;

Plaza Rehab & Nursing Ctr, 100 W Kingsbridge Rd # 100, Bronx, NY 10468-3962;

Pleatco Pure, 28 Garvies Point Rd, Glen Cove, NY 11542-2821;

Pls, 535 5th Ave, Fl 8, New York, NY 10017;

Plum Benefits LLC, 520 8th Ave # 2102, New York, NY 10018-4163;

Plumbers Local #1, 15829 Crossbay Blvd, Howard Beach, NY 11414;

Plus Three, Lp, 50 Broadway, Fl 28, New York, NY 10004;

Plush, 18 W 21st St # 10, New York, NY 10010-6929;

Plymouth Beef Co Inc, 355 Food Center Dr # G1, Bronx, NY 10474-7580;

Plymouth Chruch, 75 Hicks St, Brooklyn, NY 11201;

Pm Pediatrics Associates PLLC, 1203 65th St, Apt D, Brooklyn, NY 11219;

Pm Pediatrics, 596 Jericho Tpke, Syosset, NY 11791-4522;

Pms Construction Management, 92 North Ave, New Rochelle, NY 10801-7413;

Pmx Agency Inc., 1 World Trade Ctr, Fl 63, New York, NY 10007;

Pmy Construction Corp, 718 Columbia Ave, North Bergen, NJ 07047-1625;

Podell Schwartz Schecter, 605 3rd Ave # 18, New York, NY 10158-1899;

Pohlmann Construction, 550 W End Ave, New York, NY 10024-2707;

Polakoff & Michaelson Pc, 225 W 34th St # 1800, New York, NY 10122-1800;

Polan Construction, 124b S 8th St New Hyde Park, NY 11040;

Poler Contracting, 171 N 1st St, Brooklyn, NY 11211-4021;

Poles Tublin Stratakis-Gnzlz, 46 Trinity Pl # 5, New York, NY 10006-2288;

Polonia Development & Prsrvtn, 3811 Ditmars Blvd # 364, Astoria, NY 11105-1803;

Polymedco Inc, 510 Furnace Dock Rd, Cortlandt Manor, NY 10567-6220;

Pomerantz Llp, 600 3rd Ave, Fl 20, New York, NY 10016;

Pop2life LLC, 1 World Trade Ctr # 29, New York, NY 10007-0090;

Popimpresska Journal, 307 W 79th St # 917, New York, NY 10024-6150;

Popper & Co Llp, 192 Lexington Ave # 15, New York, NY 10016-6823;

Pops & Assoc Pc, 225 Broadway # 2001, New York, NY 10007-3005;

Population Council Inc, 1 Dag Hammarskjold Plz, Fl 3, New York, NY 10017;

Port Authority Of New York & New Jersey, 4 World Trade Center, 150 Greenwich St 21st Flr, New York, NY 10006-1100;

Port Chester Nursing & Rehab, 1000 High St, Port Chester, NY 10573-4402;

Port Chester Public Works, 82 Fox Island Rd, Port Chester, NY 10573-5008;

Port Crossing LLC, 1791 Fulton St, Brooklyn, NY 11233-3029;

Portigon, 589 8th Ave, Fl 2, New York, NY 10018;

Pos Electrical Contractors Inc, 64 Fulton St # 602, New York, NY 10038-2753;

Posca Servicenter Inc, 51 Central Ave, Tarrytown, NY 10591-3311;

Posen Architects LLC, 25 Columbia St, West Orange, NJ 07052-5507;

Posillico Civil, Inc., 131-36 20th Ave, Queens, NY 11356;

Positive Electrical Associates, Inc, 40 33rd St, Astoria,, Long Island City, NY 11101;

Positive Workforce Inc, 109 E 125th St, New York, NY 10035-1614;

Possible Worlds, 920 Broadway, New York, NY 10010-6004;

Postner & Rubin, 17 Battery Pl # 210, New York, NY 10004-1189;

Postworks, 609 Greenwich St # 8, New York, NY 10014-3668;

Potamkin Leasing, 678 11th Ave, New York, NY 10019-7047;

Poulos Remodeling Ltd, 160 W 75th St, New York, NY 10023-1915;

Powell Electric Manufacturing Co., 8967 Pleasantwood Ave Nw, North Canton, Oh 44720-4761;

Power Concepts LLC, 25 Broadway # 12, New York, NY 10004-1056;

Power Concrete Co Inc, 14730 76th Rd Flushing, NY 11367;

Power Cooling Inc, 4343 Vernon Blvd, Long Island City, NY 11101-6911;

Power Express, 1010 Northern Blvd, Ste 336, Great Neck, NY 11021;

Powergrid Construction Inc., 116 Madison Ave. Amityville, NY 11701;

Powley & Gibson, 60 Hudson St # 2203, New York, NY 10013-3315;

Poyry Management Consulting, 295 Madison Ave # 715, New York, NY 10017-7765;

Pqi Technologies Inc, 35 Lea Ann Ter, Wantagh, NY 11793-2122;

Pr Newswire Association LLC, 3 World Financial Ctr, Fl 19, New York, NY 10281;

Practical Energy Partners, 12175 W. Darkwood Dr. Star, Id 83669;

Practice Builders Medical Mgmt, 131 W 35th St # 7, New York, NY 10001-2111;

Praxis Press, 304 Park Ave S, New York, NY 10010-4301;

Praxis, 130 W 29th St, Fl 7, New York, NY 10001;

Precision Elevator Corp., 257 51st St Brooklyn, NY 11220;

Precision Gear Inc, 11207 14th Ave, College Point, NY 11356-1407;

Precision Health Inc, 101 Tyrellan Ave # 140, Staten Island, NY 10309-2651;

Precision Land Surveys, 40 Franklin Ave, Franklin Square, NY 11010-2527;

Precision Stone Inc, 95 Hopper St # 4, Westbury, NY 11590-4826;

Precision Techniques Inc, 1169 E 156th St, Bronx, NY 10474-6226;

Precision Window Systems Inc, 1632 E Market St York, Pa 17403;

Predictive Systems Inc, 19 W 44th St # 9, New York, NY 10036-6101;

Preferred Dental Care, 6154 Springfield Blvd, Oakland Gdns, NY 11364;

Preferred Health Partners, 200 Montague St, Brooklyn, NY 11201-3601;

Preferred Home Care, Inc., 2357 60th St, Ste 1, Brooklyn, NY 11204;

Premier Brands Of America Inc, 120 Pearl St, Mt Vernon, NY 10550-1725;

Premier Home Care, 42 Broadway # 21, New York, NY 10004-1643;

Premier Plumbing & Heating, 308 Jericho Tpke, New Hyde Park, NY 11040-4509;

Premier Plumbing & Piping Inc, 4180 Alden Dr, Mobile, Al 36693;

Premiere Enterprise Co Inc, 5235 74th St, Elmhurst, NY 11373-4108;

Premierwest Landscape, Inc., 406 S Lemon Ave Ste 1, Walnut, Ca 91789-2953;

Premium Technology, 32 Broadway # 501, New York, NY 10004-1670;

President Container, 290 Ballard Rd, Middletown, NY 10941;

Presidio, Inc., 1 Penn Plz, Ste 2832, New York, NY 10011;

Press Emil, 280 N Central Ave # 430, Hartsdale, NY 10530-1842;

Press Here Publicity, 138 W 25th St # 900, New York, NY 10001-7470;

Pressure, 110 University Pl, New York, NY 10003-4508;

Presti & Naegele, 225 W 35th St # 5, New York, NY 10001-1993;

Presti And Naegele, 225 W 35th St, Fl 5, New York, NY 10001;

Prestige Restoration & Mntnc, 3727 9th St, Long Island City, NY 11101-6002;

Prestige Stone & Pavers Corp, 22105 Corbett Rd Bayside, NY 11361;

Prestigious Maintenance Inc, 8920 Cooper Ave, Glendale, NY 11385-7920;

Prestone Printing Co Inc, 4750 30th St, Long Island City, NY 11101-3404;

Prfi, 145 W 15th St, New York, NY 10011;

Prima Paving Corp., 1 Burns Ave, Hicksville, NY 11801-2601;

Primary Care Faculty Assoc, 10 E 102nd St, New York, NY 10029-6030;

Primary Healthcare Plus, 1209 Hempstead Tpke, Franklin Sq, NY 11010;

Primary Support Solutions, 133 E 39th St # 1, New York, NY 10016-0912;

Primary Wave, 116 E 16th St # 9, New York, NY 10003-2123;

Prime Care Of NY Inc, 4355 147th St, Flushing, NY 11355-1736;

Prime Clerk LLC, 60 E 42nd St # 1440, New York, NY 10165-1446;

Prime Engineering, 664 Blue Point Road Unit B, Holtsville, NY 11742-2916;

Prime Home Health Svc LLC, 3125 Emmons Ave, Brooklyn, NY 11235-1724;

Prime Renovations Inc, 60 Riverside Blvd # 1011, New York, NY 10069-0213;

Primer Construction, 100 Maspeth Ave Brooklyn, NY 11211;

Prince Carpentry Inc, 1615 Northern Blvd, Ste 204, Manhasset, NY 11030;

Prince Seating Corp, 1355 Atlantic Ave, Brooklyn, NY 11216-2810;

Principal Builders Solutions, 125 E 23rd St # 400, New York, NY 10010-4582;

Priority One Jets, 15 Maiden Ln # 408, New York, NY 10038-5139;

Prismatic Development Corp, 60 Route 46 E, Fairfield, NJ 07004-3007;

Pristine Services Inc, Po Box 284, White Plains, NY 10605-0284;

Pritchard Industries Incorporated, 150 E 42nd St, Rm 701, New York, NY 10017;

Private Prep Inc, 19 W 21st St # 1004, New York, NY 10010-6844;

Pro Con Group Inc, 520 Industrial Loop Ste A,B.C,Staten Island,NY,10309;

Pro Metal Construction, 549 63rd St, Brooklyn, NY 11220-4607;

Pro Repair, 137 Commercial St # 300, Plainview, NY 11803-2410;

Probuildero Corp, 1721 Bath Ave, Brooklyn, NY 11214-4534;

Procida Construction Corp, 456 E 173rd St, Bronx, NY 10457-8198;

Pro-Con Group, 520 Industrial Loop, Staten Island, NY 10309-1121;

Professional Claims Bureau Inc, 439 Oak St, Garden City, NY 11530-6453;

Professional Data Systems, 10 New King St, Ste 215, White Plains, NY 10604;

Professional Maintenance, 218 Front St, Hempstead, NY 11550-3816;

Professional Pavers Corp, 4 Court Sq Long Island City, NY 11101;

Professional Touch, Po Box 575043, Whitestone, NY 11357-5043;

Proformance Systems Inc, 45 S 18th St, New Hyde Park, NY 11040-4918;

Prognos, 85 Broad St # 18, New York, NY 10004-2783;

Project Eye Consultants Inc., 2096 Clove Rd Staten Island, NY 10305;

Project For Public Spaces Inc, 740 Broadway # 1101, New York, NY 10003-9518;

Project Hospitality, 100 Park Ave, Staten Island, NY 10302;

Prokast Construction, 5630 60th St, Maspeth, NY 11378-2318;

Promedica Imaging, Po Box 170, East Meadow, NY 11554-0170;

Promenet Inc, 42 Broadway # 1639, New York, NY 10004-3808;

Promo Suite, 65 Broadway # 602, New York, NY 10006-2519;

Promotional Development Inc, 909 Remsen Ave, Brooklyn, NY 11236-1624;

Prompt Direct Inc, 66 Willow Ave # 1, Staten Island, NY 10305-1853;

Property Markets Group (Pmg), 111 Fifth Avenue, 6th Floor, New York, NY 10003-1949;

Propublica, 155 Avenue Of The Americas #13, New York, NY 10013-1549;

Proskauer Rose Llp, 11 Times Sq, Fl 17, New York, NY 10036;

Pro-Teck LLC, 85 Willow St, New Haven, Ct 06511-2668;

Protective Lining Corp, 601 39th St, Brooklyn, NY 11232-3101;

Protege Partners, 767 5th Ave, Ste 1600, New York, NY 10022;

Protiviti, 888 7th Ave, Fl 13, New York, NY 10107;

Proto Construction Corp, 3714 61st St, Woodside, NY 11377-2538;

Proton Construction Corp, 1171 61st St Brooklyn, NY 11219;

Prwt Service Inc, 1150 South Ave # 306, Staten Island, NY 10314-3404;

Psch Inc, 3050 Whitestone Expy, Ste 301a, Flushing, NY 11354;

Psi Plumbing Inc, 353 W 48th St # 3, New York, NY 10036-1324;

Psychology Today, 115 E 23rd St # 9, New York, NY 10010-4559;

Psyop Inc, 45 Howard St, Fl 5, New York, NY 10013;

Ptg Construction Corp, 200 Lexington Ave # Ld4, New York, NY 10016-6117;

Pts Consulting Inc, 1 Penn Plz # 1810, New York, NY 10119-1800;

Public Utilities Maintenance, 21226 99th Ave, Queens Village, NY 11429-1133;

Publicis Group, 1675 Broadway, Fl 2, New York, NY 10019;

Pullman Sst Inc., 330 W 38th St Rm 711, New York, NY 10018-8496;

Pulvers Pulvers & Thompson Llp, 950 3rd Ave # 11, New York, NY 10022-1328;

Punch & Jurists Ltd, 436 Fort Washington Ave # 6a, New York, NY 10033-3536;

Purcell Architects, 5 W 37th St, New York, NY 10018-6222;

Purchase Day Camp, 3095 Purchase St, Purchase, NY 10577-1715;

Pure Aire Mechanical Services Inc., 6 Fountayne Ct,Washingtonville,NY,10992;

Pure Insurance, 44 S Broadway, Ste 301, White Plains, NY 10601;

Pure Yoga, 203 E 86th St, New York, NY 10028-3114;

Purevoltage Hosting Inc, 85 10th Ave, New York, NY 10011-4725;

Purrington Moody Llp, 414 W 14th St # 4, New York, NY 10014-1035;

Pvh Corporation, 200 Madison Ave, Bsmt 1, New York, NY 10016;

Pypestream LLC, 122 W 26th St # 2, New York, NY 10001-6804;

Pyramid America, 1 Haven Ave, Mt Vernon, NY 10553-1328;

Pyramid Floor Covering Inc, 38 Harbor Park Dr, Port Washington, NY 11050-4602;

Pyrosignal & Suppression Inc, 4032 216th St, Bayside, NY 11361-2322;

Q Prime Inc, 729 7th Ave # 1600, New York, NY 10019-6880;

Qbecf, 6111 Queens Blvd, Flushing, NY 11377;

Qed Resources, 300 Park Ave # 17, New York, NY 10022-7402;

Qfit, 100 United Nations Plz # 16c, New York, NY 10017-1730;

Qsac, 253 W 35th St, Fl 14, New York, NY 10001;

Qto House, 1604 Spring Hill Rd Ste 331, Vienna, Va 22182-7510;

Quality Circle, Po Box 36, Montrose, NY 10548-0036;

Quality Dental Care, 211 W 79th St # 7, New York, NY 10024-6224;

Quality Fire Protection Inc, 225 W 34th St # 1919, New York, NY 10122-1990;

Quality Patterns Inc, 246 W 38th St # 9, New York, NY 10018-9076;

Quandrian, 195 Broadway, New York, NY 10007-3100;

Quantilus Inc, 1270 Avenue Of The Americas #7, New York, NY 10020-1702;

Queens Artificial Kidney Ctr, 3435 70th St, Flushing, NY 11372-1055;

Queens Blvd Extended Care, 6111 Queens Blvd, Woodside, NY 11377;

Queens Center For Progress, 8115 164th St, Jamaica, NY 11432-1118;

Queens Center For Rehab, 15715 19th Ave, Whitestone, NY 11357-3820;

Queens Community House, 10825 62nd Dr, Forest Hills, NY 11375;

Queens County Neuropsychiatric, 3764 72nd St, Jackson Heights, NY 11372-6143;

Queens Hospital Center, 8268 164th St, Jamaica, NY 11432;

Queens Law Associates, 11821 Queens Blvd, Ste 212, Forest Hills, NY 11375;

Queens Long Island Med Group, 14015 Sanford Ave, Flushing, NY 11355-2686;

Queens Medical Assoc, 17660 Union Tpke # 360, Fresh Meadows, NY 11366-1531;

Queens Medical Office Pc, 9033 Elmhurst Ave, Flushing, NY 11372-7935;

Queens Nassau Nursing Home, 520 Beach 19th St, Far Rockaway, NY 11691-4307;

Queens Peace Residence, 11030 221st St, Queens Village, NY 11429-2597;

Queens Surgicenter, 8340 Woodhaven Blvd, Glendale, NY 11385;

Quest Builders Group, 242 W 30th St # 503, New York, NY 10001-4927;

Quest Media, 920 3rd Ave, New York, NY 10022-3627;

Quick Usa Inc, 8 W 38th St # 802, New York, NY 10018-0162;

Quik-Trak Couriers, 267 W 17th St # 3, New York, NY 10011-5389;

Quinn & Co, 48 W 38th St # 12ph, New York, NY 10018-0039;

Quinn Mccabe Llp, 9 E 40th St # 14, New York, NY 10016-0402;

Quintairos Preito Wood & Boyer, 1250 Broadway # 3501, New York, NY 10001-3710;

Quintal Contracting Corp., 359 Main St Ste 1b, Islip, NY 11751-3521;

Quintessentially New York, 515 W 20th St # 6w, New York, NY 10011-2832;

Quirky, Inc., 606 W 28th St, Fl 7, New York, NY 10001;

Quislex, 1 World Financial Ctr # 3, New York, NY 10281-2798;

Quorum Federal Credit Union, 2500 Westchester Ave, Ste 411, Purchase, NY 10577;

Qvi, 4402 11th St, Ste 304, Long Is City, NY 11101;

Qwest Contracting Corp, 153 W 27th St # 502, New York, NY 10001-6257;

R & M Richards Inc, 1400 Broadway # 9, New York, NY 10018-0643;

R & N Construction Corp, 10 Beach St, Mt Vernon, NY 10550-1702;

R & R Scaffolding, 801 Astoria Blvd, Astoria, NY 11102-4028;

R A M S Mechanical Inc, 1501 132nd St, College Point, NY 11356-2441;

R A Rapaport Publishing Inc, 150 W 22nd St # 8, New York, NY 10011-6557;

R A Rodrigues Inc, 20 Seaview Blvd, Port Washington, NY 11050-4618;

R And L Heating, 904 Nepperhan Ave, Yonkers, NY 10703;

R Argento & Sons, 1 Prospect Ave, White Plains, NY 10607-1657;

R C Torre Construction Corp, 213 Railroad Ave, Bedford Hills, NY 10507-1403;

R D Management, 810 7th Ave # 10, New York, NY 10019-5887;

R D P Petroleum Inc, 528 Willett Ave, Port Chester, NY 10573-3130;

R D Wright Inc, 450 W 36th St, New York, NY 10018-6344;

R G Niederhoffer Capital Management Inc, 1700 Broadway, Fl 39, New York, NY 10019;

R J Green Const Corp, 183 Ocean Pkwy Apt 4d, Brooklyn, NY 11218-2510;

R J Michaels & Co Inc, 333 Dodd Street, Suite 4,East Orange,NJ,07017;

R P Brennan General Contrs, 29 W 36th St # 6, New York, NY 10018-7670;

R R Lalena Corp, 5926 55th Dr, Maspeth, NY 11378-2323;

R V Associates, 229 Chestnut Hill Drive,Liverpool,NY,13088;

R Wade Johnson Design Inc, 91 E Main St Ste 1, Bay Shore, NY 11706-8305;

R&B Services, Inc, 451 Sunrise Hwy # 4, Lynbrook, NY 11563-3037;

R.A.M.S. Mechanical Inc, 50-02 97th Place 1st Floor Corona, NY 11368;

R.B. Ignatow, 91 Green Street, Huntington, NY 11743;

R/Ga Digital Studios, 450 W 33rd St, Fl 12, New York, NY 10001;

Ra Consultants LLC, 512 7th Avenue 6th Floor, New York, NY 10018;

Ra Engineering Llp, 512 Seventh Avenue 6th Floor, New York, NY 10018;

Ra German Architect Pc, 230 7th St, Brooklyn, NY 11215-3208;

Ra Heintges Architects Conslnt, 440 Park Ave S # 15, New York, NY 10016-8012;

Rabbinical Assembly, 3080 Broadway, New York, NY 10027;

Rabin Martin,, 104 W 40th St, Fl 3, New York, NY 10018;

Rabinowitz Boudin Standard, 111 Broadway # 1102, New York, NY 10006-1943;

Rabo Securities Usa Inc., 245 Park Ave, Fl 36, New York, NY 10168;

Rabobank Nederland, 245 Park Ave, Fl 36, New York, NY 10168;

Rabsky Group, 505 Flushing Ave, Brooklyn, NY 11205-1649;

Rac Mechanical, 120 Hopper St # B, Westbury, NY 11590-4828;

Racanelli Construction Co. Inc., 1895 Walt Whitman Road Suite 1,, Melville, NY 11747;

Rachel N Becker Md, 876 Park Ave, New York, NY 10075-1832;

Racher Press Inc, 217 W 18th St # 309, New York, NY 10011-4516;

Racquet & Tennis Club, 370 Park Ave, New York, NY 10022-5968;

Radiac Research, 261 Kent Ave, Brooklyn, NY 11249-4120;

Radiation Oncology Assoc, 160 E 34th St, New York, NY 10016-4744;

Radical Media LLC, 435 Hudson St # 6, New York, NY 10014-3900;

Radin Glass & Co Llp, 360 Lexington Ave # 22, New York, NY 10017-6528;

Radiology Associates-Brooklyn, 2021 Avenue X, Brooklyn, NY 11235-2905;

Radson Development LLC, 77 Cuttermill Rd, Great Neck, NY 11021-3153;

Rael Automatic Sprinkler, 1750 Plaza Ave, New Hyde Park, NY 11040-4946;

Rafael Via A Oly Architects Pc, 375 Pearl St # 31, New York, NY 10038-1442;

Raff & Becker, 470 Park Ave S # 3n, New York, NY 10016-6956;

Ragozin Inc, 56 E 11th St # 2, New York, NY 10003-6017;

Raich Ende Malter & Co Llp, 1375 Broadway # 15, New York, NY 10018-7036;

Railroad Construction Company Inc, 221 Beach 80th Street, Far Rockaway, NY 11693;

Railworks Transit, Inc, 83 Central Ave Farmingdale, NY 11735;

Railworks, 659 Rhinelander Ave, Bronx, NY 10462;

Rain Forest Alliance, 665 Broadway, Ste 500, New York, NY 10012;

Rainbow Group Ltd, 67 Irving Pl # 9, New York, NY 10003-2202;

Raje, 2915 Ocean Pkwy, Brooklyn, NY 11235;

Ralph Appelbaum Assoc Inc, 88 Pine St # 29, New York, NY 10005-1843;

Ralph Interactive, 125 Lafayette St # 4, New York, NY 10013-3100;

Ramapo Manor, 30 Cragmere Rd, Airmont, NY 10901;

Ramapo Radiology Associates, Pc, 972 Route 45, Ste 204, Pomona, NY 10970;

Ramius Securities, L.L.C., 666 3rd Ave, Fl 26, New York, NY 10017;

Rampart Brokerage Corp., 1983 Marcus Ave, Ste C130, New Hyde Park, NY 11042;

Ramsey Constructors Inc, 5711 Gateway Park Lakeville, NY 14480;

Rand Engineering-Architecture, 159 W 25th St # 12, New York, NY 10001-7218;

Rand Rosenzweig Radley-Gordon, 800 3rd Ave # 2600, New York, NY 10022-7787;

Rand Solutions Inc, 574 Industrial Loop, Staten Island, NY 10309-1121;

Raoul Lionel Felder Law Firm, 437 Madison Ave # 36, New York, NY 10022-7001;

Rapp Worldwide Inc., 437 Madison Ave, Bsmt 2, New York, NY 10022;

Rappaport Hertz Cherson, 11835 Queens Blvd # 900, Flushing, NY 11375-7252;

Raptor Trading Systems, 292 Madison Ave # 22, New York, NY 10017-6311;

Raul Construction LLC, 10 Pleasant St, New Rochelle, NY 10801-2208;

Raw Information Group, 262 W 38th St # 607, New York, NY 10018-9190;

Ray Blau Partner Image Office Environments LLC, 1154 Route 22 West Mountainside, NJ

07092;

Ray Builders, 1270 Broadway # 606, New York, NY 10001-3224;

Ray Catena Lexus, 525 Tarrytown Rd, White Plains, NY 10607-1315;

Raymond Chan Architect Pc, 136-40 39th Ave, Flushing, NY 11354-5536;

Raynor Marketing Ltd, 525 Hempstead Tpke # 1, West Hempstead, NY 11552-1155;

Razaline Builders Inc., 1765 Stillwell Ave, Brooklyn, NY 11223-1006;

Rbs, 6 Fieldstone Rd, Rye, NY 10580;

Rc Construction, 1911 Church Ave # B, Brooklyn, NY 11226-3707;

Rca Asphalt, 7 Edison Ave, Mt Vernon, NY 10550-5003;

Rd Weis Companies, 220 Grace Church St, Ste 1, Port Chester, NY 10573;

Rdg - Rodney D Gibble Consulting Engrs, 18 W 21st St Fl 3, New York, NY 10010-6923;

Re New Construction Co Inc, 11001 Atlantic Ave, Richmond Hill, NY 11418-3044;

Reading International Inc, 5995 Sepulveda Blvd Suite 300, Culver City, Ca 90230;

Ready To Assemble Co, 115 S Corona Ave # 1a, Valley Stream, NY 11580-6221;

Realm, 380 Madison Ave, New York, NY 10017-2517;

Reavis Parent & Lehrer, 41 Madison Ave # 4102, New York, NY 10010-2347;

Rebekah Nursing Home, 1072 Havemeyer Ave, Bronx, NY 10462-5310;

Rebt Corp, 37 Groton St Staten Island, NY 10312;

Recap, 40 Smith St, Middletown, NY 10940;

Red & Blue Construction Corp, 677 Ashford St,Brooklyn,NY,11207;

Red Apple Surf Realty Iii, LLC, 800 Third Avenue 5th Floor, New York, NY 10022;

Red Hawk Fire And Security, 6 Skyline Dr,Hawthorne,NY,10532;

Red Light Management Inc, 10 E 40th St # 22, New York, NY 10016-0201;

Red Rock Industries Inc, Po Box 1037, Plainview, NY 11803-0020;

Red Tie, 160 Butler St, Westbury, NY 11590-3130;

Reddy Levy & Ziffer Pc, 11 Broadway # 968, New York, NY 10004-1347;

Redeemer Presbyterian Church, 1359 Broadway, Fl 4, New York, NY 10018;

Redi Construction Inc, 5 White St # 4b, New York, NY 10013-2471;

Redsky Capital, 3 Hope St, Brooklyn, NY 11211;

Redstone Construction - Crossroads Construction, 646 Middle Country Road Smithtown, NY

11787;

Refurbco Inc, 226 Washington St, Mt Vernon, NY 10553-1017;

Regal Home Collections, 295 5th Ave # 801, New York, NY 10016-7103;

Regeis Care Ctr, 3200 Baychester Ave, Bronx, NY 10475-1513;

Regency At Glen Cove, 94 School St, Glen Cove, NY 11542-2513;

Regency Extended Care Ctr, 65 Ashburton Ave, Yonkers, NY 10701-2930;

Regeneron Pharmaceuticals, Inc., 777 Old Saw Mill River Rd, Ste 10, Tarrytown, NY 10591;

Regent International Inc, 1411 Broadway # 7, New York, NY 10018-3401;

Regional Aid For Interim Needs, 811 Morris Park Ave, Bronx, NY 10462-3605;

Regional Radiology Outerbridge, 4849 Arthur Kill Rd, Staten Island, NY 10309-2630;

Regional Radiology, 360 Bard Ave, Staten Island, NY 10310-1666;

Rego Park Medical Assoc, 5910 Junction Blvd, Flushing, NY 11373-5156;

Rego Park Nursing Home, 11126 Corona Ave, Corona, NY 11368-4096;

Rehabilitation And Health Care, 121 Dunning Rd, Middletown, NY 10940;

Reich And Tang, 1411 Broadway, Fl 28, New York, NY 10018;

Reicon Group LLC, 1983 Richmond Ter, Staten Island, NY 10302-1201;

Reidy Contracting, 120 W 31st St # 700, New York, NY 10001-3407;

Reisman Peirez Reisman, 1305 Franklin Ave # 270, Garden City, NY 11530-7902;

Reitler Kailas & Rosenblatt, 885 3rd Ave # 20, New York, NY 10022-4834;

Related Companies, 60 Columbus Cir, New York, NY 10023-5800;

Related Partners, 60 Columbus Cir, Fl 19, New York, NY 10023;

Reliance Machining Inc, 4335 Vernon Blvd, Long Island City, NY 11101-6911;

Rem Residential, 36 W 37th St # 8, New York, NY 10018-7352;

Remax Construction LLC, 18006 Union Tpke Fresh Meadows, NY 11366;

Rembar Co, Po Box 67, Dobbs Ferry, NY 10522-0067;

Reme Construction, 51 Furnace Dock Rd, Croton On Hudson, NY 10520-1406;

Remede Consulting, 99 Tulip Ave # 104, Floral Park, NY 11001-1927;

Remodeling Consultants, 500 Halstead Ave, Mamaroneck, NY 10543-2714;

Renaissance Home Care Agency, 1535 Rockaway Pkwy, Brooklyn, NY 11236;

Rencap Securities, Inc., 780 3rd Ave, Fl 20, New York, NY 10017;

Rennon Cons. Corp., 112 Hillside Blvd,New Hyde Park,NY,11040;

Renotal Construction Corp, 167 Madison Ave # 505, New York, NY 10016-5430;

Renovated Home 1 Ltd, 401 E 76th St # 2, New York, NY 10021-2559;

Renu Contracting & Restoration Inc, 1215 Sunrise Hwy Copiague, NY 11726;

Renval Construction LLC, Po Box 8511, New York, NY 10116-8511;

Repair The World, 1460 Broadway, Fl 4, New York, NY 10036;

Respiratory Specialists, 59 Main St, Brewster, NY 10509;

Resplandecer Inc, 512 Cherry Ln, Floral Park, NY 11001-1613;

Restani Construction, 42-40 Berrian Blvd, Astoria, NY 11105-1008;

Restorative Medicine Pc Judith, 410 Lakeville Rd, New Hyde Park, NY 11042-1101;

Resume-Riter, 139 Fulton St # 415, New York, NY 10038-2536;

Revival Home Health, 5350 Kings Hwy, Brooklyn, NY 11203;

Rga Mechanical Corp, 742 E 9th St, New York, NY 10009-5334;

Rgbs Enterprises Inc, 2842 Richmond Ter, Staten Island, NY 10303-2321;

Rgenix Inc, 310 E 67th St # 1-12, New York, NY 10065-6275;

Rheembell & Mermelstein Llp, 20 W 36th St # 12, New York, NY 10018-9703;

Rheingold Giuffra Ruffo, 551 5th Ave # 29, New York, NY 10176-2999;

Rheumatology Arthritis Ctr, 120 Mineola Blvd # 410, Mineola, NY 11501-4077;

Rheumatology Associates, 50 Plaza W # G73, Valhalla, NY 10595-1585;

Rhoda Lee Inc, 77 W 55th St # 4k, New York, NY 10019-4920;

Ribeiro & Dunsky, 37 W 47th St # 902, New York, NY 10036-2859;

Ric Lo, 6 Tappan Dr, Monroe, NY 10950;

Ricci Greene Assoc, 1330 Avenue Of The America #28, New York, NY 10019-5461;

Richard Fleischman And Assocs, 330 Madison Ave, Fl 19, New York, NY 10017;

Richard Meier And Partners, 475 10th Ave, Fl 6, New York, NY 10018;

Richard Rodgers Theatre, 226 W 46th St, New York, NY 10036-1495;

Richard Spears & Kibbes Inc, 1 Chase Manhattan Plz # 57, New York, NY 10005-1418;

Richard Tarzia Corp, 22 E Broadway # 2, New York, NY 10002-6857;

Richards Plumbing & Heating Co Inc, 2121 Coyle Street, Brooklyn, NY 11229;

Richardson Barnes, 100 William St # 305, New York, NY 10038-4562;

Richline Group, Inc., 1385 Broadway, Fl 14, New York, NY 10018;

Richmond Elevator Co Inc, 17 Rector St, Staten Island, NY 10310-1223;

Richmond Hill Medical Office, 12506 101st Ave, Jamaica, NY 11419-1412;

Richter & Ratner, 45 W 36th St # 12, New York, NY 10018-7630;

Rici Corporation, 41 Liberty St Passaic, NJ 07055;

Ride Inc, 311 W 43rd St # 206, New York, NY 10036-6032;

Ridge Abstract Corp, 9201 4th Ave, Ste 1, Brooklyn, NY 11209;

Ridgewood Savings Bank, 7102 Forest Ave, Ridgewood, NY 11385;

Rifenburg Construction Inc, 159 Brick Church Road Troy, NY 12180;

Riff Raff Films LLC, 129 Grand St, New York, NY 10013-5923;

Riggs Construction Co Inc, 213 Washington Ave Brooklyn, NY 11205;

Rightway Solution, 1441 Broadway # 5, New York, NY 10018-1905;

Rimani Group Inc, 127 Miller Pl, Mount Vernon, NY 10550-4728;

Rimlet Home Improvement, 23731 Jamaica Ave, Bellerose, NY 11426-1050;

Rising Hope Inc, 41 Driftwood, Somers, NY 10589-1607;

Rising Sun Construction, 54 Magnolia Ave, Unit 4-5 Jersey City, NJ 07306;

Risk Management International,, 14 S Maryland Ave, Prt Washingtn, NY 11050;

Riskified, 220 5th Ave # 1300, New York, NY 10001-7722;

Rite-Way Demolition Inc, 6405 34th Ave # 1, Woodside, NY 11377-2289;

River East Anesthesia Assoc., 50 W 139th St, Apt 6q, New York, NY 10037;

River Manor Care Ctr, 611 E 103rd St, Brooklyn, NY 11236-2501;

Riverdale Mental Health Assn, 5676 Riverdale Ave # 202, Bronx, NY 10471-2100;

Riverdale Nursing Home, 641 W 230th St, Bronx, NY 10463-3399;

Riverdale Painting Corp., 580 Sylvan Ave Ste Mc Englewood Cliffs, NJ 07632;

Riverside Abstract, 2059 E 34th St, Brooklyn, NY 11234;

Riverside Developers Usa Inc, 266 Broadway Suite 301, Brooklyn, NY 11211-7616;

Rivkin Radler Llp, 926 Rxr Plz, Uniondale, NY 11556;

Rj Brunoinc, 30 Portsmouth Ave,Staten Island,NY,10301;

Rj Capital Holdings, 215-15 Northern Blvd, 3rd Fl, Bayside, NY 11361;

Rj Green Construction Corp, 814 Coney Island Ave Brooklyn, NY 11218;

Rj Industries Inc, 75 E Bethpage Rd, Plainview, NY 11803-4225;

Rjg Consultants Inc, 1980 Flatbush Ave, Brooklyn, NY 11234-2818;

Rjr Maintenance Group Inc, 32 Broadway # 204, New York, NY 10004-1507;

Rjs Construction Corp, 167 Madison Ave, New York, NY 10016-5430;

Rktb Architects, 226 West 26 Street, New York, NY 10001-2421;

Rlb General Construction, 14216 56th Rd, Flushing, NY 11355-5316;

Rlc Electronics Inc, 83 Radio Circle Dr, Mt Kisco, NY 10549-2622;

Rml Construction Inc, 500 13th St,Carlstadt,NJ,07072;

Rmsk Contracting Corp, 440 West St Ste 316 Fort Lee, NJ 07024;

Rnh Electric, 245 Highway 79 N Morganville, NJ 07751;

Robb Industrial Corp., 8821 183rd St Hollis, NY 11423;

Robelan Displays Inc, 395 Westbury Blvd, Hempstead, NY 11550-1900;

Robell Painting, 960 Easton Street Ronkonkoma, NY 11779;

Robert A Cardali & Assoc Llp, 39 Broadway # 35, New York, NY 10006-3045;

Robert B Samuels Inc, 253 W 35th St # 5, New York, NY 10001-1907;

Robert Con Co LLC, 15051 116th Rd Jamaica Jamaica, NY 11434;

Robert Couturier Inc, 271 Madison Ave # 1108, New York, NY 10016-1003;

Robert Derector Associates, 19 W 44th St, New York, NY 10036-5902;

Robert Martin, 100 Clearbrook Rd, Ste 275, Elmsford, NY 10523;

Robert Silman Associates Pc, 32 Old Slip, 10th Floor, New York, NY 10005-3500;

Robert Spevack Law Ofc, 150 Broadway # 20, New York, NY 10038-4485;

Robert W Parchment Plb & Htg, 3281 Broadway New York, NY 10027;

Roberto Clemente Family, 540 E 13th St, New York, NY 10009-3519;

Roberts & Ritholz Llp, 235 Park Ave S # 3, New York, NY 10003-1405;

Roberts Group, 140 E 45th St # 11, New York, NY 10017-7154;

Robinson & Yablon, 232 Madison Ave # 909, New York, NY 10016-2938;

Robinson Brog Leinwand, 875 3rd Ave # 9, New York, NY 10022-0123;

Roc Mar Contracting Corp, 620 Commerce St, Thornwood, NY 10594-1328;

Rocal Inc, 3186 County Road 550, Frankfort, Oh 45628;

Rocco Agostino Land & General Construction, 53-46 97th Place Corona, NY 11368;

Rock Mills Steel Product Corp, 3 Hayden Ave, Great Neck, NY 11024;

Rockaway Care Ctr, 353 Beach 48th St, Far Rockaway, NY 11691-1120;

Rockaway Mental Health Svc, 1329 Beach Channel Dr, Far Rockaway, NY 11691-3211;

Rockefeller Group, 1221 Avenue Of The Americas, New York, NY 10020-1001;

Rockefeller University Hospital, 1230 York Ave,, New York, NY 10065;

Rocketrip Inc, 14 E 38th St # 2, New York, NY 10016-0640;

Rockland Psychiatric Center, 140 Old Orangeburg Rd, Ste 6, Orangeburg, NY 10962;

Rockledge Scaffold Corp, 808 Nepperhan Ave, Yonkers, NY 10703-2011;

Rockrose Construction Corp, 300 Park Ave S # 14, New York, NY 10010-5349;

Rockrose Dev Corp, 15 E 26th St, Fl 7, New York, NY 10010;

Rockrose Development Corporation, 15 E 26th St Fl 7, New York, NY 10010-1503;

Rockwell Architecture, Planning, 5 Union Sq W, New York, NY 10003-3306;

Rockwell Group, 5 Union Sq W # 8, New York, NY 10003-3306;

Rocon Plumbing & Heating Corp., 16 1st St New Hyde Park, NY 11040;

Rodel Electrical Inc, 1220 37th Ave, Long Island City, NY 11101-6029;

Rodney D. Gibble Consulting Eng, 18 West 21st Stret 3rd Floor, New York, NY 10010;

Roe Corporation, 267 Broadway Fl 2, New York, NY 10007-2354;

Roebell Painting Co, 960 Easton Street Ronkonkoma, NY 11779;

Roger Abi-Zeid, 2000 Duke St Ste 300, Alexandria, Va 22314-6101;

Rogers Burgun Shahine & Dschlr, 161 William St, New York, NY 10038-2607;

Rogers Surveying, 2420 Arthur Kill Rd, Staten Island, NY 10309-1212;

Rogoff And Company, 355 Lexington Ave, Fl 6, New York, NY 10017;

Rogue Bear Press, Po Box 513, Ardsley, NY 10502-0513;

Rojas Construction Corp, 2049 5th Ave # 3b, New York, NY 10035-1516;

Rokkan, 375 Hudson St # 14, New York, NY 10014-7457;

Rolando Mechanical Corp, 2415 45th St, Astoria, NY 11103-1024;

Rolling Gate Repair & Svc, 35 W 125th St, New York, NY 10027-4511;

Rolling River Day Sch & Camp, 477 Ocean Ave, East Rockaway, NY 11518-1225;

Roma Stone Co Po Box, 589 N Chelmsford, Ma 01863;

Romac Electronics Inc, 155 E Ames Ct # 1, Plainview, NY 11803-2383;

Roman & Williams, 324 Lafayette St # 6, New York, NY 10012-2726;

Roman Stone Construction Co, 85 South 4 St,Bayshore,NY,11706;

Romano Gatland, 58 Albany Avenue,, Suite 201, Amityville, NY 11701;

Romanoff Consultants, 200 Broadway # 3, New York, NY 10038-2542;

Romer Debbas Llp, 275 Madison Ave # 801, New York, NY 10016-1153;

Romonel Roman, 193-05 Salerno Ave, Hollis, NY 11423;

Ronbar Lab Inc, 5202 Van Dam St, Long Island City, NY 11101-3221;

Ronemus & Vilensky, 112 Madison Ave # 2, New York, NY 10016-7416;

Ronnette Riley Architect, 494 8th Ave # 1500, New York, NY 10001-2557;

Roof Studio, 249 W Broadway # 2c, New York, NY 10013-2463;

Roosevelt Island Operating Corporation, 591 Main St, Roosevelt Island, NY 10044-0002;

Roraima Consulting Inc., 1 Cross Island Plz, Ste 114, Rosedale, NY 11422;

Rosary Hill Home, 600 Linda Ave, Hawthorne, NY 10532;

Rose Medical, 22104 99th Ave, Queens Vlg, NY 11429;

Roseland Construction Corp, 1650 Broadway # 311, New York, NY 10019-6970;

Rosemar Contracting, 1014 Lakeshore Dr,Po Box 16,Patchogue,NY,11772;

Rosen Group, 44 Wall St # 705, New York, NY 10005-2410;

Rosenberg & Estis Pc, 733 3rd Ave # 1200, New York, NY 10017-3293;

Rosenberg And Estis Pc, 733 3rd Ave, Rm 1200, New York, NY 10017;

Rosenberg Neuwirth & Kuchner, 685 3rd Ave # 4, New York, NY 10017-8408;

Rosenblum Eye Ctr, 220 Madison Ave # 2, New York, NY 10016-3422;

Rosenman & Colin, 575 Madison Ave # 26, New York, NY 10022-2511;

Rosenthal And Rosenthal, 1370 Broadway, Frnt, New York, NY 10018;

Rosenthal Discovery-Invention, 7 Woodybrook Ln, Croton On Hudson, NY 10520-3201;

Rosenwach Tank Co LLC, 4302 Ditmars Blvd # 2, Astoria, NY 11105-1337;

Rosetta Radiology, 1421 3rd Ave, New York, NY 10028-1900;

Rosin & Reiniger, 228 E 45th St # 900, New York, NY 10017-3337;

Rosin Steinhagen Mendel, 228 E 45th St # 900, New York, NY 10017-3337;

Rosner Nocera & Ragone Llp, 61 Broadway # 1900, New York, NY 10006-2706;

Rosovich Assoc In, 26102 Union Tpke, Floral Park, NY 11004;

Ross Laboratory Sales Corp, 167 Route 304 Ste B-5 Bardonia, NY 10954;

Roth & Roth, 192 Lexington Ave # 802, New York, NY 10016-6912;

Roth Built Construction LLC, 70 W 11th St, New York, NY 10011-8628;

Roth Painting Company, 441 Lexington Ave, Rm 1401, New York, NY 10017;

Rothschild Inc., 1251 Avenue Of The Americas, Fl 44, New York, NY 10020;

Rottenberg Lipman & Rich, 230 Park Ave # 1825, New York, NY 10169-1302;

Round Star Inc, 606 Columbus Ave # 200, New York, NY 10024-1475;

Roundabout Theatre Company, 231 W 39th St, Fl 12, New York, NY 10018;

Roundsquare Builders LLC, 115 W 27 Street Fl 9, New York, NY 10001;

Roundsquare Development, 147 West 35th Street Suite 904, New York, NY 10001;

Roura & Shannon, 225 Broadway # 307, New York, NY 10007-3907;

Royal Builders Group Inc, 8010 Cross Island Pkwy, Bellerose, NY 11426-1339;

Royal Health Care, 9777 Queens Blvd # Twr2, Rego Park, NY 11374-3339;

Royalty Pharma, 110 E 59th St # 33, New York, NY 10022-1382;

Rr Donnelley, 338 Mosel Ave, Staten Island, NY 10304;

Rsg Systems Inc, 450 Lexington Ave # 4, New York, NY 10017-3912;

Rsn Construction Co., Inc., 16 Sycamore Ln, Roslyn Heights, NY 11577-2522;

Ruben's Group Inc, 1738 Crotona Park E Bronx, NY 10460;

Rubenstein Partners, 2929 Arch St Fl 28, Philadelphia, Pa 19104-2857;

Rubenstein, 825 8th Ave # 34, New York, NY 10019-7446;

Rubin Abramson Llp, 225 Broadway # 400, New York, NY 10007-3906;

Rubin Fiorella & Friedman Llp, 630 3rd Ave # 3, New York, NY 10017-6773;

Rubin Marsha, 525 E 68th St, New York, NY 10065;

Ruder Finn, 425 E 53rd St, New York, NY 10022;

Rudin Management Company, 345 Park Ave Fl 33, New York, NY 10154-0004;

Ruhle Companies Inc, 99 Wall St, Valhalla, NY 10595;

Ruhof Corp, 393 Sagamore Ave, Mineola, NY 11501-1919;

Rumc, 85 Narrows Rd N, Apt D, Staten Island, NY 10305;

Run Rite Mechanical Corp., 113 13th St, # A, Brooklyn, NY 11215;

Runtime Technologies, 515 Greenwich St # 505, New York, NY 10013-1097;

Rusk Renovations Inc, 39 W 37th St # 15a, New York, NY 10018-6299;

Ruskin Moscou Faltischek Pc, 1425 Rxr Plz # 15-East, Uniondale, NY 11556-3807;

Russell Reynolds Assocaites, 450 Lexington Ave, Fl 12, New York, NY 10017;

Russo & Burke, 600 3rd Ave # 1503, New York, NY 10016-1909;

Russo & Keane, 33 Whitehall St # 16, New York, NY 10004-3604;

Russo And Toner Llp, 33 Whitehall St, Ste 16, New York, NY 10004;

Russo Apoz Nanski & Hellrich, 875 Merrick Ave, Westbury, NY 11590-6603;

Russo Development Enterprise, 275 Henry Street Inwood, NY 11096;

Rx Mosaic Health LLC, 711 3rd Ave, Rm 1804, New York, NY 10017;

Rxr Corp, 625 Rxr Plz, Uniondale, NY 11556-3815;

Rxr Realty, 625 Rxr Plaza, Uniondale, NY 11556-3815;

Ryan Health, 110 W 97th St, New York, NY 10025;

Ryan-Nena Community Health, 279 E 3rd St, New York, NY 10009-7813;

Ryder Construction Inc, 519 8th Ave # 16, New York, NY 10018-4578;

Rye Radiology Assoc, 30 Rye Ridge Plz, Rye Brook, NY 10573-2830;

Rzo LLC, 250 W 57th St # 23, New York, NY 10107-2301;